**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| | ) |
| IN RE: | ) Chapter 11 |
| | ) |
| ROCKFORD PRODUCTS CORPORATION, | ) Case No. 07-71768 |
| *et al.*, | ) Jointly Administered |
| | ) |
| Debtors. | ) Hon. Manuel Barbosa |
| | ) |

## <u>NOTICE OF FILING</u>

   PLEASE TAKE NOTICE that on the 8th day of November, 2007 we filed with the United States Bankruptcy Court for the Northern District of Illinois, Western Division, the **Letter Re: Budget to Final Cash Collateral/Financing Order for November 5-16, 2007**, a copy of which is attached hereto.

Dated**:** November 8, 2007

Respectfully submitted,

**BRIDGE OPPORTUNITY FINANCE, LLC AND BRIDGE HEALTHCARE FINANCE, LLC**


   /s/ Jeremy M. Downs

Andrew R. Cardonick (ARDC # 6211665)
Jeremy M. Downs (ARDC # 6272155)
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000
(312) 332-2196 (facsimile)

*Counsel to Bridge Opportunity Finance,*
*LLC and Bridge Healthcare Finance, LLC*



# B R I D G E

Finance Group

November 6, 2007

Rockford Products Corporation
Rockford Global Services, Inc.
707 Harrison Avenue
Rockford, Illinois 61104
Attn: Douglas D. Wells

Re:     **Budget to Final Cash Collateral/Financing Order for November 5-16, 2007**

Gentlemen:

Reference is made to that certain Order Authorizing Debtors: (A) To Use Cash Collateral; (B) To Incur Postpetition Debt; and (C) To Grant Adequate Protection and Provide Security and Other Relief to Bridge Opportunity Finance, LLC and Bridge Healthcare Finance, LLC entered in Jointly Administered Case No. 07-71768 in the United States Bankruptcy Court for the Northern District of Illinois (as amended, modified or supplement from time to time prior to the date hereof, "Final Cash Collateral/Financing Order"). Unless otherwise indicated, all capitalized terms used herein shall have the meanings ascribed thereto in the Final Cash Collateral/Financing Order.

Debtors have proposed that the budget attached hereto ("Proposed Budget") constitute the Budget for the period from November 5-16, 2007. Agents hereby agree that the Proposed Budget shall constitute the Budget for the period commencing on November 5, 2007 and ending on November 16, 2007; provided, however, notwithstanding anything to the contrary in the Final Cash Collateral/Financing Order or the Proposed Budget (including, without limitation, any projected "Ending Revolver Balance" therein): (i) the aggregate amount of outstanding "Revolving Loans" (as defined in the Loan Agreement) shall not exceed $8,000,000 at any time, except in Agents' sole and absolute discretion; and (ii) nothing herein shall be deemed to modify or waive any other terms of the Final Cash Collateral/Financing Order or any rights, remedies or interests of Agents arising or permitted thereunder.

Sincerely,

BRIDGE OPPORTUNITY FINANCE, LLC
BRIDGE HEALTHCARE FINANCE, LLC

By _____
Their ___EVP/CLO_____

1153642v2 11/7/2007 9:19:53 AM                                                     6044.005

233 S. WACKER DRIVE     SUITE 5350     CHICAGO, IL 60606     T 312.334.4449     F 312.334.4450

MODEL

*** This budget is subject to the terms of that certain letter agreement between Debtors and Agents dated as of November 6, 2007.

***

| | MON 11/5/2007 | TUES 11/6/2007 | WED 11/7/2007 | THURS 11/8/2007 | FRI 11/9/2007 | MON 11/12/2007 | TUES 11/13/2007 | WED 11/14/2007 | THURS 11/15/2007 | FRI 11/16/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| COLLATERAL | | | | | | | | | | |
| REVOLVER | 8,469.9 | 8,085.6 | 8,114.6 | 8,128.1 | 7,993.7 | 8,061.3 | 8,083.3 | 7,870.1 | 7,869.9 | 7,598.0 |
| REVOLVER | 8,126.3 | 8,427.7 | 7,972.6 | 8,158.5 | 8,201.0 | 8,157.7 | 8,052.8 | 8,165.4 | 8,159.6 | 8,334.0 |
| CASH RECEIPTS | (72.5) | (746.0) | (100.0) | (205.9) | (339.4) | (302.4) | (153.3) | (249.5) | (156.2) | (661.3) |
| DRAWS | 373.9 | 290.9 | 285.9 | 248.4 | 296.1 | 197.5 | 266.0 | 243.7 | 330.6 | 257.6 |
| ENDING BALANCE | 8,427.7 | 7,972.6 | 8,158.5 | 8,201.0 | 8,157.7 | 8,052.8 | 8,165.4 | 8,159.6 | 8,334.0 | 7,910.3 |
| | | | | | | | | | | |
| Foreign/Landlord Reserve | (250.0) | (250.0) | (250.0) | (250.0) | (250.0) | (250.0) | (250.0) | (250.0) | (250.0) | (250.0) |
| Covenant Reserve | (1,400.0) | (1,400.0) | (1,400.0) | (1,400.0) | (1,400.0) | (1,400.0) | (1,400.0) | (1,400.0) | (1,400.0) | (1,400.0) |
| Block | (1,000.0) | (1,000.0) | (1,000.0) | (1,000.0) | (1,000.0) | (1,000.0) | (1,000.0) | (1,000.0) | (1,000.0) | (1,000.0) |
| REVOLVER MARGIN | (2,607.8) | (2,537.0) | (2,693.9) | (2,722.9) | (2,814.0) | (2,641.4) | (2,732.1) | (2,639.4) | (2,994.1) | (2,962.3) |
| Bankruptcy Budget | (2,607.8) | (2,537.0) | (2,693.9) | (2,722.9) | (2,814.0) | (2,641.4) | (2,732.1) | (2,639.4) | (2,994.1) | (2,962.3) |
| Variance | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | | | | | | | |
| REVOLVER TRACKING | | | | | | | | | | |
| GROSS A/R | 7,277.7 | 7,499.1 | 6,887.3 | 7,103.1 | 7,078.5 | 7,121.0 | 6,997.8 | 6,960.8 | 6,964.8 | 7,046.8 |
| Less Cash Receipts | (72.5) | (746.0) | (100.0) | (205.9) | (339.4) | (302.4) | (153.3) | (249.5) | (159.2) | (661.3) |
| LESS A/R RESERVES | (1,213.6) | (1,213.6) | (1,213.6) | (1,213.6) | (1,213.6) | (1,213.6) | (1,213.6) | (1,213.6) | (1,213.6) | (1,213.6) |
| NET A/R | 5,991.6 | 5,539.5 | 5,573.7 | 5,683.6 | 5,525.5 | 5,605.0 | 5,630.9 | 5,497.7 | 5,615.2 | 5,154.1 |
| | | | | | | | | | | |
| NET A/R AT 85% | 5,092.9 | 4,708.6 | 4,737.6 | 4,831.1 | 4,696.7 | 4,764.3 | 4,786.3 | 4,673.1 | 4,772.9 | 4,381.0 |
| ELIGIBLE R/M | 3,377.0 | 3,377.0 | 3,377.0 | 3,297.0 | 3,297.0 | 3,297.0 | 3,297.0 | 3,297.0 | 3,217.0 | 3,217.0 |
| | | | | | | | | | | |
| COLLATERAL | 8,469.9 | 8,085.6 | 8,114.6 | 8,128.1 | 7,993.7 | 8,061.3 | 8,083.3 | 7,970.1 | 7,989.9 | 7,598.0 |
| RPC Collateral A/R | 5,342.7 | 4,822.6 | 5,008.1 | 4,885.2 | 5,021.3 | 4,916.6 | 4,885.1 | 4,905.6 | 4,980.0 | 4,836.1 |
| ELIGIBLE INV | 3,377.0 | 3,377.0 | 3,377.0 | 3,297.0 | 3,297.0 | 3,297.0 | 3,297.0 | 3,297.0 | 3,217.0 | 3,217.0 |
| BEGINNING REVOLVER BALAN | 8,719.7 | 8,199.6 | 8,383.1 | 8,262.2 | 8,318.4 | 8,213.6 | 8,182.2 | 8,202.7 | 8,177.1 | 8,053.1 |
| | | | | | | | | | | |
| BEGINNING REVOLVER BALAN | 8,126.3 | 8,427.7 | 7,872.6 | 8,158.5 | 8,201.0 | 8,157.7 | 8,052.8 | 8,165.4 | 8,159.6 | 8,334.0 |
| CASH RECEIPTS | (72.5) | (746.0) | (100.0) | (205.9) | (339.4) | (302.4) | (153.3) | (249.5) | (156.2) | (661.3) |
| BORROWINGS | 373.8 | 290.9 | 285.9 | 248.4 | 296.1 | 197.5 | 266.0 | 243.7 | 205.8 | 257.6 |
| Bridge CHARGES | | | | | | | | | 125.0 | |
| CLEAR ADJUST OFFSET | | | | | | | | | | |
| ENDING REVOLVER BALANCE | 8,427.7 | 7,972.6 | 8,158.5 | 8,201.0 | 8,157.7 | 8,052.8 | 8,165.4 | 8,159.6 | 8,334.0 | 7,910.3 |

Goldberg

| | MON 11/5/2007 | TUES 11/6/2007 | WED 11/7/2007 | THURS 11/8/2007 | FRI 11/9/2007 | MON 11/12/2007 | TUES 11/13/2007 | WED 11/14/2007 | THURS 11/15/2007 | FRI 11/16/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| OUTSTANDING CHECK TRACKING | | | | | | | | | | |
| BEGINNING OUTSTANDING CH | 923.1 | 819.6 | 816.8 | 685.9 | 618.7 | 760.0 | 698.7 | 651.3 | 640.4 | 874.0 |
| AP CHKS CLEARING | (60.1) | (112.0) | (212.4) | (112.3) | (112.2) | (45.0) | (79.0) | (92.4) | (90.4) | (98.6) |
| MED CHKS CLEARING | (9.0) | (9.0) | (9.0) | (9.0) | (9.0) | (9.0) | (9.0) | (9.0) | (9.0) | (9.0) |
| PAYROLL CHKS CLEARING | (128.8) | (39.0) | (19.5) | (4.9) | (4.9) | (126.6) | (39.0) | (18.5) | (4.9) | (4.9) |
| MANUAL CHECKS RELEASED | 67.3 | 67.2 | 0.0 | 34.0 | 47.4 | 45.4 | 23.6 | 20.0 | 147.9 | 61.4 |
| A/P CHECKS RELEASED | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 |
| OVERNITE CHECKS | | | | | | | | | | |
| MEDICAL CHECKS RELEASED | 0.0 | 0.0 | 45.0 | 0.0 | 0.0 | 0.0 | 0.0 | 45.0 | 0.0 | 0.0 |
| PAYROLL CHECKS RELEASED | 0.0 | 45.0 | 0.0 | 0.0 | 195.0 | 0.0 | 20.0 | 0.0 | 145.0 | 195.0 |
| OTHER PAYROLL CHECKS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| ENDING OUTSTANDING CHECK | 819.6 | 816.8 | 685.9 | 618.7 | 760.0 | 698.7 | 651.3 | 640.4 | 874.0 | 1,092.9 |
| | | | | | | | | | | |
| OUTSTANDING | | | | | | | | | | |
| ACCOUNTS PAYABLE O/S CHK | 439.7 | 438.9 | 289.5 | 236.2 | 216.4 | 281.8 | 251.4 | 224.0 | 326.5 | 384.3 |
| MEDICAL | 27.0 | 18.0 | 54.0 | 45.0 | 36.0 | 27.0 | 18.0 | 54.0 | 45.0 | 36.0 |
| PAYROLL | 355.9 | 361.9 | 342.4 | 337.5 | 527.7 | 400.9 | 381.9 | 362.4 | 502.5 | 692.7 |
| | 819.6 | 818.8 | 685.9 | 618.7 | 780.1 | 689.7 | 651.3 | 640.4 | 874.0 | 1,093.0 |
| HELD CHECKS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | | | | | | | |
| REVOLVER MARGIN | (2,607.8) | (2,537.0) | (2,693.9) | (2,722.9) | (2,814.0) | (2,641.4) | (2,732.1) | (2,639.4) | (2,994.1) | (2,962.3) |
| | 11/5/2007 | 11/6/2007 | 11/7/2007 | 11/8/2007 | 11/9/2007 | 11/12/2007 | 11/13/2007 | 11/14/2007 | 11/15/2007 | 11/16/2007 |
| ACCOUNTS RECEIVABLE TRA | | | | | | | | | | |
| BEGINNING ACCOUNTS RECEI | 7,277.7 | 7,499.1 | 6,887.3 | 7,103.1 | 7,078.5 | 7,121.0 | 6,997.8 | 6,960.8 | 6,964.9 | 7,046.9 |
| SALES | 293.9 | 134.1 | 315.9 | 181.3 | 381.9 | 179.2 | 116.3 | 273.8 | 220.2 | 535.4 |
| INTERCOMPANY | | | | | | | | | | |
| CORRECTIONS | | | | | | | | | | |
| IN TRANSIT SALES | | | | | | | | | | |
| NON A/R | | | | | | | | | | |
| DISCOUNTS | | | | | | | | | | |
| CREDITS | | | | | | | | | | |
| WRITEOFFS | | | | | | | | | | |

MODEL

| | MON 11/5/2007 | TUES 11/6/2007 | WED 11/7/2007 | THURS 11/8/2007 | FRI 11/9/2007 | MON 11/12/2007 | TUES 11/13/2007 | WED 11/14/2007 | THURS 11/15/2007 | FRI 11/16/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| CASH RECEIVED | (72.5) | (746.0) | (100.0) | (205.9) | (339.4) | (302.4) | (153.3) | (249.5) | (156.2) | (681.3) |
| ENDING ACCOUNTS RECEIVABLE | 7,499.1 | 6,887.3 | 7,103.1 | 7,078.5 | 7,121.0 | 6,997.8 | 6,960.8 | 6,984.9 | 7,048.9 | 6,903.1 |
| S:     SCG | 176.1 | 65.5 | 152.6 | 83.3 | 267.0 | 115.1 | 75.9 | 216.4 | 75.1 | 321.5 |
| ECG | 117.9 | 88.8 | 133.2 | 98.0 | 68.8 | 64.1 | 40.4 | 57.2 | 141.4 | 214.0 |
| TSG | 0.0 | 0.0 | 0.0 | 0.0 | 16.1 | 0.0 | 0.0 | 0.0 | 3.7 | 0.0 |
| RI | | | | | | | | | | |
| | 293.8 | 134.1 | 315.9 | 181.3 | 381.9 | 179.2 | 116.3 | 273.6 | 220.2 | 535.4 |
| | | | | | | | | | | 4,906.0 |

**DISBURSEMENTS TRACKING**

| | MON 11/5/2007 | TUES 11/6/2007 | WED 11/7/2007 | THURS 11/8/2007 | FRI 11/9/2007 | MON 11/12/2007 | TUES 11/13/2007 | WED 11/14/2007 | THURS 11/15/2007 | FRI 11/16/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| **DISBURSEMENT FLOW** | | | | | | | | | | |

**BOOK DISBURSEMENTS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NET HOURLY | | | | | 195.0 | | | | | 195.0 |
| NET SALARY | | | | | | | | | 145.0 | |
| COLD FORM SALES | | | | | | | | | | |
| RI COMMISSIONS | | | | | | | | | | |
| DEPOSITS HRLY | | | | | | | 80.0 | | | 80.0 |
| DEPOSITS SALARY | | | | | | | | | | 65.0 |
| DEPOSITS | | | | | | | | | | |
| STATE DEPOSITS | | | | | | | | | | |
| CREDIT UNION/INS/UW | | | | | 16.0 | | | | | |
| 401K | | 45.0 | | | | | 20.0 | | | |
| INCENTIVE | | | | | | | | | | |
| PAYROLL DISBURSEMENTS | 0.0 | 45.0 | 0.0 | 0.0 | 211.0 | 0.0 | 100.0 | 0.0 | 145.0 | 340.0 |

**MEDICAL/PENSION**

| | PENSION | PENSION | PENSION | PENSION | PENSION | PENSION | PENSION | PENSION | PENSION | PENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| | AMERICO | ENG TYLR | ENG TYLR TRU CUT | ENG TYLR TRU CUT | AMERICO | ENG TYLR | ENG TYLR TRU CUT | | | ENG TYLR |

| SubContract | 35.0 | 12.0 | | 34.0 | | 35.0 | 12.0 | 20.0 | | 14.0 |
|---|---|---|---|---|---|---|---|---|---|---|
| | MERIDIAN BALLARD | | | | | CITI PRIME | | | | |
| | NAT CITY  CAMLIN | | | | | NAT CITY | | | | |

| Leases/Insurance | 32.3 | 55.2 | | | INTEGRYS | 10.4 | 11.6 | | MIDAMRCN INTEGRYS | |
|---|---|---|---|---|---|---|---|---|---|---|
| Utilities | | | | | 17.4 | | | | 147.9 | 17.4 |
| OTHER MANUAL CHECKS | 67.3 | 67.2 | 0.0 | 34.0 | 17.4 | 45.4 | 23.6 | 20.0 | 147.6 | 31.4 |
| MEDICAL | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 |
| CREDIT UNION/INS/UW | 0.0 | 0.0 | 0.0 | 0.0 | 30.0 | 0.0 | 0.0 | 0.0 | 0.0 | 30.0 |
| ACCOUNTS PAYABLE FRCST | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 |
| TOTAL DISBURSEMENTS | 121.3 | 166.2 | 54.0 | 88.0 | 312.4 | 99.4 | 177.6 | 74.0 | 346.8 | 455.4 |

**CASH DISBURSEMENTS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NET HOURLY | 126.8 | 39.0 | 19.5 | 4.9 | 4.9 | 126.8 | 39.0 | 19.5 | 4.9 | 4.9 |
| NET SALARY | 0.0 | 0.0 | 0.0 | | | | | | 0.0 | 0.0 |
| NET SALES/COMM | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| OTHER PAYROLL CHECKS | | | | | | | | | | |
| ACH P/R DEPOSITS | 155.0 | 0.0 | 45.0 | 45.0 | 0.0 | 16.0 | 0.0 | 100.0 | 0.0 | 0.0 |
| INCENTIVE | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| PAYROLL DISBURSEMENTS | 281.8 | 39.0 | 64.5 | 4.9 | 4.9 | 142.8 | 39.0 | 119.5 | 4.9 | 4.9 |
| MEDICAL | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 |
| ACCOUNTS PAYABLE | 80.1 | 112.0 | 212.4 | 112.3 | 112.2 | 45.0 | 79.0 | 92.4 | 90.4 | 68.6 |
| OVERNITE CHECKS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| CLEARING ADJUSTMENT | (0.0) | 0.0 | (0.0) | (0.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.0) |
| MED CLEAR ADJUST | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| ACH DEBITS | 3.0 | 30.9 | 0.0 | 22.2 | 10.0 | 39.0 | 39.0 | 22.8 | 1.3 | 15.1 |
| FREIGHT/STEEL | 0.0 | 100.0 | 0.0 | 100.0 | 100.0 | 0.0 | 100.0 | 0.0 | 100.0 | 160.0 |
| PROFESSIONAL FEES | | | | | | | | | | |
| TOTAL DISBURSEMENTS | 373.9 | 290.9 | 285.9 | 248.4 | 296.1 | 197.5 | 266.0 | 243.7 | 205.6 | 257.6 |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that, a copy of the **Letter Re: Budget to Final Cash Collateral/Financing Order for November 5-16, 2007** was served electronically, via the Court's CM/ECF notification, to those parties listed on the Court's email notification service list and/or by U.S. Mail, postage prepaid, as indicated on the attached service list.

Dated: November 8, 2007

/s/   Jeremy M. Downs

Jeremy M. Downs (ARDC # 6272155)
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000
(312) 332-2196 (facsimile)

## SERVICE LIST

The following have been served via the Court's CM/ECF notification:

- Thomas V Askounis    taskounis@askborst.com
- Thomas J. Augspurger    taugspurger@dl.com,
  dgramlich@dl.com,mkhambati@dl.com,CHDOCKET@dl.com
- BMC Group, Inc    mjohn@bmcgroup.com,
  evalles@bmcgroup.com,lruppaner@bmcgroup.com
- Andrew Cardonick    andrew.cardonick@goldbergkohn.com
- Kurt M Carlson    kcarlson@tishlerandwald.com
- W. Kent Carter    wcarter@clarkhill.com
- Jamie S. Cassel    jsc@renozahm.com
- Christopher Combest    ccombest@quarles.com, fbf@quarles.com
- Alex Darcy    adarcy@askborst.com
- Jeremy M Downs    jeremy.downs@goldbergkohn.com
- Dennis A Dressler    ddressler@dresslerpeters.com
- Eric Field    field.eric@pbgc.gov, efile@pbgc.gov
- Geoffrey S. Goodman    ggoodman@foley.com,
  egreen@foley.com;khall@foley.com
- Bradley T Koch    bkoch@holmstromlaw.com
- Jeffrey L Lewis    jlewis@ksbwl.com
- Mitchell Lieberman    mlieberman@noonanandlieberman.com
- Tyler A Moore    tmoore@bslbv.com
- William T Neary    USTPRegion11.MD.ECF@usdoj.gov
- Nancy A Peterman    petermann@gtlaw.com,
  carlsonk@gtlaw.com;greenbergc@gtlaw.com;ostrowe@gtlaw.com;lowena@gtlaw.com;bloomw@gtlaw.com
- Kimberly J Robinson    kim.robinson@bfkn.com
- Matthew A Swanson    matthew.swanson@bfkn.com
- Samuel C. Wisotzkey    swisotzkey@kmklawfirm.com, kmksc@kmklawfirm.com

The following have been served via U.S. Mail, postage prepaid:

Donald F Baty
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226

CWY Credit
Con-Way Freight
Bankruptcy Department
5555 Rufe Snow Dr

-3-

John J Hunter
1700 Canton Ave.
Toledo, OH 43604-1378

Iron Mountain Information Management, Inc.
Attn: R. Frederick Linfesty, Esq.
745 Atlantic Avenue, 10th Floor
Boston, MA 02111

Mohsin N Khambati
LeBoeuf, Lamb, Greene & MacRae LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3700
Chicago, IL 60601

Lynn R Larsen
Law Office of Timothy Farrell Sweeney
820 W. Superior Ave.
Suite 430
Cleveland, OH 44113

Lewis S Rosenbloom
LeBoeuf, Lamb, Greene & MacRae LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3700
Chicago, IL 60601

Tricia A Sherick
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226