**GROUP EXHIBIT I**

**(DECEMBER)**

# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue,
Suite 3700
Chicago, IL  60601-6710

tel   +1 312 794 8000
fax  +1 312 794 8100

Employer Identification No. 13-5608594

| | | |
|---|---|---|
| Douglas D. Wells | Invoice Number | 521422 |
| Rockford Products Corporation | Invoice Date | 1/22/2008 |
| 707 Harrison Avenue | Client Number | 14719 |
| Rockford, IL 61104 | Matter Number | 00001 |
| | | Page 1 |

RE: Administration

For Professional Services Rendered Through **12/31/2007**:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---|
| **Current Fees** | **$9,577.50** |
| **Total Amount of this Invoice** | **$9,577.50** |

14719 Rockford Products Corporation - D.I.P.
00001 Administration

Invoice Number 521422
Page 2

## For Professional Services Rendered Through 12/31/2007

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/03/07 | JYK | Draft motion to convert cases to chapter 7. | 1.60 | $680.00 |
| 12/04/07 | JYK | Draft motion to direct clerk to serve Debtors' motion. | 1.00 | $425.00 |
| 12/04/07 | JYK | Draft motion to convert cases to chapter 7. | 0.60 | $255.00 |
| 12/05/07 | JYK | Draft and revise motion requesting that the clerk serve motion to convert. | 1.30 | $552.50 |
| 12/05/07 | MNK | Conference with D. Wells, B. Norquist, N. Schiro and M. Kay regarding open issues on accounts, deposit returns, payment of professionals and employee claims. | 0.60 | $348.00 |
| 12/05/07 | MNK | Review and revise Motion seeking entry of Order directing Clerk to serve Motion to Convert and conference with J. Kim re same. | 0.40 | $232.00 |
| 12/07/07 | JYK | Draft motion and order for conversion to chapter 7. | 1.80 | $765.00 |
| 12/07/07 | MNK | Review and respond to correspondence from T. Sandquist re status and strategy in dealing with Cincinnati Tools reclamation claim. | 0.20 | $116.00 |
| 12/10/07 | MNK | Review communications from D. Wells and N. Schiro re status of 401(k) distributions. | 0.10 | $58.00 |
| 12/10/07 | MNK | Review communications from D. Wells and C. Graff re bank accounts status. | 0.10 | $58.00 |
| 12/10/07 | MNK | Review closing day balance sheets and buyer's adjustments forwarded by D. Wells. | 0.30 | $174.00 |
| 12/10/07 | MNK | Review email correspondence re Taiwan office closing and review papers filed in bankruptcy court re same. | 0.20 | $116.00 |
| 12/10/07 | MNK | Review email correspondence from D. Wells and L. Grueneberg on status of insurance coverage. | 0.30 | $174.00 |
| 12/10/07 | MNK | Participate, telephonically, in hearing before bankruptcy court re motions on leases, TEG Agreement, and conversion. | 1.30 | $754.00 |
| 12/10/07 | MNK | Conference with N. Peterman re status and strategy in winding down the cases. | 0.10 | $58.00 |
| 12/10/07 | MNK | Review Articles of Amendment for Rockford Name Change. | 0.10 | $58.00 |
| 12/10/07 | MNK | Review officer resignations forwarded by N. Seagreen. | 0.10 | $58.00 |
| 12/12/07 | JYK | Revise motion to convert cases to chapter 7. | 2.40 | $1,020.00 |
| 12/12/07 | MNK | Review and revise draft Motion to Convert cases and forward comments to J. Kim. | 1.30 | $754.00 |
| 12/13/07 | DCG | Confer with M. Khambati regarding scheduling of motion to convert and final fee application. (w/o .20) | 0.10 | $58.00 |
| 12/13/07 | MNK | Review and respond to communication from N. Peterman re true-up after Cold-Formed sale and | 0.10 | $58.00 |

14719 Rockford Products Corporation - D.I.P.                    Invoice Number 521422
    00001 Administration                                                    Page 3

## For Professional Services Rendered Through 12/31/2007

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| | | professionals' fees. | | |
| 12/14/07 | DCG | Confer with M. Khambati regarding Monday's hearing and arrange to appear telephonically. (w/o .20) | 0.10 | $58.00 |
| 12/14/07 | DCG | Call to IRS regarding filing of RPC third quarterly income tax return. | 0.10 | $58.00 |
| 12/14/07 | JYK | Revise and file motion to convert to chapter 7. | 1.10 | $467.50 |
| 12/14/07 | JYK | Meet with M. Khambati to discuss upcoming hearing. | 0.30 | $127.50 |
| 12/14/07 | MNK | Review and revise Motion to Convert and multiple conferences with J. Kim re status and strategy for handling Monday's hearing on service and adversary issues. | 0.60 | $348.00 |
| 12/17/07 | DCG | Participate in hearing on conversion to chapter 7 by phone, including review of recent pleadings. (w/o 1.50) | 0.50 | $290.00 |
| 12/17/07 | DCG | Confer with N. Peterman regarding conversion of case and creditor trust. | 0.20 | $116.00 |
| 12/17/07 | DCG | Confer with C. Tsitsis regarding location of pre-acquisition sale proceeds and filing of final fee petition. | 0.20 | $116.00 |
| 12/17/07 | DCG | Respond to requests for comment on conversion. | 0.10 | $58.00 |
| 12/17/07 | JYK | Revise and prepare orders for hearing. | 0.80 | $340.00 |
| 12/17/07 | JYK | Attend hearing on motion to convert cases to chapter 7 and hearing on adversary proceeding. | 1.40 | $595.00 |
| 12/19/07 | DCG | Various conferences with C. Ryczek, N. Peterman, C. Tsitsis and J. Kim regarding conversion of cases and appointment of trustee; confer with M. Dantas regarding any money due to estate under Black Eagle APA and review analysis; confer with J. Kim regarding cure amounts. (w/o 1.50) | 0.10 | $58.00 |
| 12/20/07 | DCG | Call to UST regarding uncollected accounts receivable. | 0.10 | $58.00 |
| 12/27/07 | DCG | Confer with M. Khambati regarding appointment of chapter 7 trustee and communications with UST last week. | 0.10 | $58.00 |
| 12/31/07 | DCG | Review new trustee's (D. Donohue) motion for retention of his firm as counsel; various conferences with M. Khambati regarding conversion and review Pro-Law scheduling for pending matters. (w/o 1.00) | 0.10 | $58.00 |
| | | Totals | 19.80 | $9,577.50 |

## Timekeeper Summary

14719 Rockford Products Corporation - D.I.P.                     Invoice Number 521422
    00001 Administration                                                            Page 4

## Timekeeper Summary

| Timekeeper | Tkpr | Status | Hours | Rate | Value |
|---|---|---|---|---|---|
| Mohsin N Khambati | MNK | Senior Counsel | 5.80 | 580 | $3,364.00 |
| Dean C Gramlich | DCG | Counsel | 1.70 | 580 | $986.00 |
| June Y Kim | JYK | Associate | 12.30 | 425 | $5,227.50 |
| | | Totals | 19.80 | | $9,577.50 |

**Total Professional Services**                                          **$9,577.50**

**Total Amount for this Matter**                                         **$9,577.50**

14719 Rockford Products Corporation - D.I.P.                    Invoice Number 521422
  00001 Administration                                                  Page 5

Please remit payment by 02/21/2008.
Kindly reference our invoice number(s) on all checks, wire transfers and remittances.

Wire transfer instructions:                          Check remittance instructions:
Bank:                    **Citibank, N.A.**            Dewey & LeBoeuf LLP
                         **399 Park Avenue**           P.O. Box 34713
                         **New York, NY  10043**       Newark, NJ 07189-4713
Acct#:                   4057-1596
ABA#:                    021-000-089
Swift Code:              CITIUS33DEL
Credit Acct of:          Dewey & LeBoeuf LLP
Reference:               Lewis S Rosenbloom

**Please note that time worked beginning January 1, 2008 may reflect an increase in our rates.**

# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue,
Suite 3700
Chicago, IL  60601-6710

tel   +1 312 794 8000
fax  +1 312 794 8100

Employer Identification No. 13-5608594

Douglas D. Wells
707 Harrison Avenue
Rockford, IL 61104
USA

| | |
|---|---|
| Invoice Number | 521423 |
| Invoice Date | 1/22/2008 |
| Client Number | 14719 |
| Matter Number | 00006 |
| | Page 1 |

RE: Claims Administration and Objections

For Professional Services Rendered Through **12/31/2007**:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---|
| **Current Fees** | **$85.00** |
| **Total Amount of this Invoice** | **$85.00** |

14719 Rockford Products Corporation - D.I.P.
00006 Claims Administration and Objections

Invoice Number 521423
Page 2

## For Professional Services Rendered Through 12/31/2007

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/07/07 | JYK | Respond to proposal by counsel to Cincinnati Tool regarding reclamation claim. | 0.20 | $85.00 |
| | | Totals | 0.20 | $85.00 |

## Timekeeper Summary

| Timekeeper | Tkpr | Status | Hours | Rate | Value |
|------------|------|--------|-------|------|-------|
| June Y Kim | JYK | Associate | 0.20 | 425 | $85.00 |
| | | Totals | 0.20 | | $85.00 |

**Total Professional Services**      **$85.00**

**Total Amount for this Matter**      **$85.00**

14719 Rockford Products Corporation - D.I.P.                    Invoice Number 521427
00017 Expenses                                                              Page 3

---

Please remit payment by 02/23/2008.
Kindly reference our invoice number(s) on all checks, wire transfers and remittances.


Wire transfer instructions:                        Check remittance instructions:
Bank:              **Citibank, N.A.**              Dewey & LeBoeuf LLP
                   **399 Park Avenue**             P.O. Box 34713
                   **New York, NY  10043**         Newark, NJ 07189-4713
Acct#:             4057-1596
ABA#:              021-000-089
Swift Code:        CITIUS33DEL
Credit Acct of:    Dewey & LeBoeuf LLP
Reference:         Lewis S Rosenbloom

**Please note that time worked beginning January 1, 2008 may reflect an increase in our rates.**

14719 Rockford Products Corporation - D.I.P.                          Invoice Number 521423
   00006 Claims Administration and Objections                                      Page 3

---

Please remit payment by 02/21/2008.
Kindly reference our invoice number(s) on all checks, wire transfers and remittances.


Wire transfer instructions:                             Check remittance instructions:
Bank:          **Citibank, N.A.**               Dewey & LeBoeuf LLP
                   **399 Park Avenue**           P.O. Box 34713
                   **New York, NY  10043**    Newark, NJ 07189-4713
Acct#:         4057-1596
ABA#:         021-000-089
Swift Code:     CITIUS33DEL
Credit Acct of:  Dewey & LeBoeuf LLP
Reference:     Lewis S Rosenbloom

**Please note that time worked beginning January 1, 2008 may reflect an increase in our rates.**

# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue,
Suite 3700
Chicago, IL  60601-6710

tel   +1 312 794 8000
fax  +1 312 794 8100

Employer Identification No. 13-5608594

Douglas D. Wells
707 Harrison Avenue
Rockford, IL 61104
USA

| | |
|---|---|
| Invoice Number | 521424 |
| Invoice Date | 1/22/2008 |
| Client Number | 14719 |
| Matter Number | 00011 |
| | Page 1 |

RE: Executory Contracts & Leases

For Professional Services Rendered Through **12/31/2007**:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---|
| **Current Fees** | **$4,003.50** |
| **Total Amount of this Invoice** | **$4,003.50** |

14719 Rockford Products Corporation - D.I.P.                          Invoice Number 521424
   00011 Executory Contracts & Leases                                          Page 2

## For Professional Services Rendered Through 12/31/2007

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/04/07 | JYK | Draft motion to reject Integrys agreement. | 1.80 | $765.00 |
| 12/05/07 | JYK | Revise motion and order to reject Integrys agreement. | 2.30 | $977.50 |
| 12/05/07 | JYK | File motions. | 0.30 | $127.50 |
| 12/05/07 | MNK | Review and revise Motion to Reject TEG Agreement and conferences with J. Kim re same and recovering deposit. | 0.50 | $290.00 |
| 12/06/07 | JYK | Draft and revise letter to counsel to landlord of plants 1 and 2 regarding rejection of leases. | 0.70 | $297.50 |
| 12/06/07 | MNK | Review and revise letter to J. Cassell re leases for Plants 1 and 2 and provide comments to J. Kim for review and revision. | 0.30 | $174.00 |
| 12/07/07 | JYK | Correspond with counsel for TEG and revise proposed order accordingly. | 0.50 | $212.50 |
| 12/07/07 | MNK | Review TEG's proposed changes to rejection order and communicate revisions with J. Kim re same. | 0.20 | $116.00 |
| 12/07/07 | MNK | Review, revise and finalize correspondence re rejection of leases for Plants 1 and 2. | 0.30 | $174.00 |
| 12/10/07 | JYK | Attend hearing for motion to reject TEG Agreements and motion requesting that clerk serve motion to convert. | 1.10 | $467.50 |
| 12/10/07 | JYK | Prepare for hearing on rejection of TEG agreements and motion requesting that the clerk serve motion to convert. | 0.40 | $170.00 |
| 12/10/07 | MNK | Communicate with D. Wells and B. Norquist re rejected vehicle leases. | 0.10 | $58.00 |
| 12/10/07 | MNK | Review communications from D. Dressler and T. Sherick re status of cure payments on assumed contracts. | 0.10 | $58.00 |
| 12/10/07 | MNK | Review and respond to communications from A. Darcy re rejected equipment leases and recovery of equipment. | 0.10 | $58.00 |
| 12/11/07 | DCG | Review various motions to reject TEG contract, motion on costs relating to conversion and other issues and confer with J. Kim regarding TEG contracts. (w/o .50) | 0.10 | $58.00 |
| | | Totals | 8.80 | $4,003.50 |

## Timekeeper Summary

| Timekeeper | Tkpr | Status | Hours | Rate | Value |
|------------|------|--------|-------|------|-------|
| Mohsin N Khambati | MNK | Senior Counsel | 1.60 | 580 | $928.00 |
| Dean C Gramlich | DCG | Counsel | 0.10 | 580 | $58.00 |
| June Y Kim | JYK | Associate | 7.10 | 425 | $3,017.50 |

14719 Rockford Products Corporation - D.I.P.        Invoice Number 521427
   00017 Expenses                                              Page 4

## Summary of Outstanding Accounts Receivable

| Invoice Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 12/20/2007 | 519870 | $1,111.32 | $0.00 | $1,111.32 |
| | | $1,111.32 | $0.00 | $1,111.32 |

**Prior Balance Due**                                      **$1,111.32**

14719 Rockford Products Corporation - D.I.P.                          Invoice Number 521424
     00011 Executory Contracts & Leases                                          Page 3

---

|                     | Totals        | 8.80  | $4,003.50  |
| ------------------- | ------------- | ----- | ---------- |

**Total Professional Services**                                    $4,003.50

**Total Amount for this Matter**                                   $4,003.50

14719 Rockford Products Corporation - D.I.P.
  00011 Executory Contracts & Leases

Invoice Number 521424
Page 4

---

Please remit payment by 02/21/2008.
Kindly reference our invoice number(s) on all checks, wire transfers and remittances.

Wire transfer instructions:
Bank:

      **Citibank, N.A.**
      **399 Park Avenue**
      **New York, NY  10043**

Acct#:         4057-1596
ABA#:        021-000-089
Swift Code:    CITIUS33DEL
Credit Acct of:  Dewey & LeBoeuf LLP
Reference:    Lewis S Rosenbloom

Check remittance instructions:
Dewey & LeBoeuf LLP
P.O. Box 34713
Newark, NJ 07189-4713

**Please note that time worked beginning January 1, 2008 may reflect an increase in our rates.**

# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue,
Suite 3700
Chicago, IL  60601-6710

tel   +1 312 794 8000
fax  +1 312 794 8100

Employer Identification No. 13-5608594

Douglas D. Wells
707 Harrison Avenue
Rockford, IL 61104
USA

| | |
|---|---|
| Invoice Number | 521425 |
| Invoice Date | 1/22/2008 |
| Client Number | 14719 |
| Matter Number | 00012 |
| | Page 1 |

RE: Fee Applications

For Professional Services Rendered Through **12/31/2007**:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---|
| **Current Fees** | **$3,712.00** |
| **Total Amount of this Invoice** | **$3,712.00** |

14719 Rockford Products Corporation - D.I.P.
00012 Fee Applications

Invoice Number 521425
Page 2

## For Professional Services Rendered Through 12/31/2007

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/02/07 | DCG | Review Dewey and Silverman fee applications in preparation for Monday's hearing in Rockford (w/o 1.00) | 1.00 | $580.00 |
| 12/03/07 | DCG | Prepare for hearing on interim fee applications. | 0.40 | $232.00 |
| 12/03/07 | DCG | Attend hearing in Rockford. | 1.40 | $812.00 |
| 12/03/07 | DCG | Confer with Committee before hearing. | 0.10 | $58.00 |
| 12/03/07 | MNK | Participate telephonically in Court hearing on professionals' fee applications. | 0.50 | $290.00 |
| 12/04/07 | DCG | Review order entered yesterday on Rockford Products fee application. | 0.20 | $116.00 |
| 12/04/07 | DCG | Email memos to J. Biscan regarding order, deduction for expenses and agreement with UST on travel time and review account reconciliation. | 0.30 | $174.00 |
| 12/04/07 | DCG | Email to L. Rosenbloom regarding amount of award. | 0.10 | $58.00 |
| 12/10/07 | MNK | Review communications from C. Graff and J. Miller re payment of BMC outstanding invoices. | 0.10 | $58.00 |
| 12/13/07 | DCG | Revise November monthly statement to send to notice parties and use in final fee application. | 1.90 | $1,102.00 |
| 12/13/07 | DCG | Confer with J. Biscan regarding November monthly statement. | 0.10 | $58.00 |
| 12/14/07 | DCG | Confer with M. Khambati regarding final fee application and review case on retainers (Tenth Circuit).  (w/o .50) | 0.10 | $58.00 |
| 12/19/07 | DCG | Confer with C. Graff regarding monthly fee statement; confer with J. Biscan regarding same. (w/o .30) | 0.10 | $58.00 |
| 12/20/07 | DCG | Revise cover letter and send out November monthly statement and review Silverman monthly statement. (w/o .70) | 0.10 | $58.00 |
| | | Totals | 6.40 | $3,712.00 |

## Timekeeper Summary

| Timekeeper | Tkpr | Status | Hours | Rate | Value |
|------------|------|--------|-------|------|-------|
| Mohsin N Khambati | MNK | Senior Counsel | 0.60 | 580 | $348.00 |
| Dean C Gramlich | DCG | Counsel | 5.80 | 580 | $3,364.00 |
| | | Totals | 6.40 | | $3,712.00 |

**Total Professional Services** $3,712.00

**Total Amount for this Matter** $3,712.00

14719 Rockford Products Corporation - D.I.P.                          Invoice Number 521425
   00012 Fee Applications                                                      Page 3

---

Please remit payment by 02/21/2008.
Kindly reference our invoice number(s) on all checks, wire transfers and remittances.


Wire transfer instructions:                          Check remittance instructions:
Bank:                 **Citibank, N.A.**                Dewey & LeBoeuf LLP
                      **399 Park Avenue**               P.O. Box 34713
                      **New York, NY  10043**           Newark, NJ 07189-4713
Acct#:                4057-1596
ABA#:                 021-000-089
Swift Code:           CITIUS33DEL
Credit Acct of:       Dewey & LeBoeuf LLP
Reference:            Lewis S Rosenbloom

**Please note that time worked beginning January 1, 2008 may reflect an increase in our rates.**

# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue,
Suite 3700
Chicago, IL  60601-6710

tel   +1 312 794 8000
fax  +1 312 794 8100

Employer Identification No. 13-5608594

Douglas D. Wells
707 Harrison Avenue
Rockford, IL 61104
USA

| | |
|---|---|
| Invoice Number | 521426 |
| Invoice Date | 1/22/2008 |
| Client Number | 14719 |
| Matter Number | 00015 |
| | Page 1 |

RE: Travel

For Professional Services Rendered Through **12/31/2007**:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---|
| **Current Fees** | **$2,400.00** |
| **Total Amount of this Invoice** | **$2,400.00** |

14719 Rockford Products Corporation - D.I.P.
00015 Travel

Invoice Number 521426
Page 2

## For Professional Services Rendered Through 12/31/2007

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/03/07 | DCG | Travel to and from Rockford (billed at 1/2 time). | 1.50 | $870.00 |
| 12/10/07 | JYK | Travel to Rockford for hearing (3.0 actual round-trip travel time). | 1.50 | $637.50 |
| 12/17/07 | JYK | Travel to and from Rockford (4.2 hours of actual travel time). | 2.10 | $892.50 |
| | | Totals | 5.10 | $2,400.00 |

## Timekeeper Summary

| Timekeeper | Tkpr | Status | Hours | Rate | Value |
|------------|------|--------|-------|------|-------|
| Dean C Gramlich | DCG | Counsel | 1.50 | 580 | $870.00 |
| June Y Kim | JYK | Associate | 3.60 | 425 | $1,530.00 |
| | | Totals | 5.10 | | $2,400.00 |

**Total Professional Services**  $2,400.00

**Total Amount for this Matter**  $2,400.00

14719 Rockford Products Corporation - D.I.P.
   00015 Travel

Invoice Number 521426
Page 3

---

Please remit payment by 02/21/2008.
Kindly reference our invoice number(s) on all checks, wire transfers and remittances.

Wire transfer instructions:
Bank:

**Citibank, N.A.**
**399 Park Avenue**
**New York, NY  10043**

Acct#:            4057-1596
ABA#:           021-000-089
Swift Code:     CITIUS33DEL
Credit Acct of:  Dewey & LeBoeuf LLP
Reference:     Lewis S Rosenbloom

Check remittance instructions:
Dewey & LeBoeuf LLP
P.O. Box 34713
Newark, NJ 07189-4713

**Please note that time worked beginning January 1, 2008 may reflect an increase in our rates.**

# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue,
Suite 3700
Chicago, IL  60601-6710

tel   +1 312 794 8000
fax  +1 312 794 8100

Employer Identification No. 13-5608594

Douglas D. Wells
Rockford Products Corporation
707 Harrison Avenue
Rockford, IL 61104

| | |
|---|---|
| Invoice Number | 521427 |
| Invoice Date | 1/24/2008 |
| Client Number | 14719 |
| Matter Number | 00017 |
| | Page 1 |

RE: Expenses

For Professional Services Rendered Through **12/31/2007**:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---|
| **Current Expenses** | **$1,614.14** |
| **Total Amount of this Invoice** | **$1,614.14** |

14719 Rockford Products Corporation - D.I.P.
  00017 Expenses

Invoice Number 521427
Page 2

## Charges and Disbursements Summary

| Type of Disbursement | Amounts |
|---|---|
| Reproduction | 71.60 |
| Telephone | 13.53 |
| Travel Out Of Town-Air Fare | 472.79 |
| Travel Out Of Town-Lodging | 265.48 |
| Deposition Services | 503.60 |
| Overtime Meals | 26.02 |
| Business Meals | 142.72 |
| Local Transportation | 77.52 |
| Telephone | 40.88 |
| **Total Expenses** | **$1,614.14** |
| **Total Amount for this Matter** | **$1,614.14** |