## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 11 CASE |
| | } | |
| ROCKFORD PRODUCTS CORPORATION | } | Case Nos. 07-71768 |
| ROCKFORD PRODUCTS GLOBAL SERVICES, INC. | } | Case Nos. 07-71769 |
| | } | Joint Administration |
| Debtors | } | Hon. Judge Manuel Barbosa |

# EXHIBIT C

# ITEMIZED TIME RECORD IN CHRONOLOGICAL ORDER

# BY CONSULTANT

| Date | Consultant | Description | Time | Category |
|---|---|---|---|---|
| 11/6/2007 | CRG | Meetings / Communications with the Creditors Committee, its Counsel, or its Accounting Advisors - Phone call to Jim Nugent - Financial advisor to the committee - Discuss the remaining equipment at Rockford's RIG division; discuss the parties that have viewed it and no offers; discuss the landlord; discuss their input as to ideas; strategize on next steps | 0.20 | **2-4** |
| 11/27/2007 | CDT | Call w/ creditor committee financial advisor to discuss working capital adjustments and closing balance sheet. | 0.50 | **2-4** |
| 11/28/2007 | CDT | Marketing/Sale of Assets - call w/ creditor committee financial advisor regarding explanations for revolver, outstanding checks, accrued payroll discussed above w/ B. Norquist. | 0.80 | **2-4** |
| 11/28/2007 | CDT | Exchange various emails w/ B. Norquist and Black Eagle Partners re: additional questions from creditor committee financial advisor. | 0.20 | **2-4** |
| 11/29/2007 | CDT | Marketing/Sale of Assets - call w/ creditor committee financial advisor re: rent payments, whether or not they were included in the budget, discuss further reconciliation of revolver on closing balance sheet to what was projected in waterfall. | 1.00 | **2-4** |
| 11/30/2007 | CDT | Call w/ B. Norquist to get answers to further questions from creditor committee financial advisor. | 0.40 | **2-4** |
| 11/30/2007 | CDT | Marketing/Sale of Assets - call w/ creditor committee financial advisor to answer additional questions re: working capital adjustment; email back up provided by Black Eagle Partners | 0.60 | **2-4** |
| | | Meetings / Communications with the Creditors Committee, its Counsel, or its Accounting Advisors | 3.70 | |
| 11/1/2007 | CDT | Meet w/ D. Wells and B. Norquist to review working capital change analysis, update for more current numbers to discuss w/ potential buyer and senior lender. | 1.10 | **3-1** |
| 11/5/2007 | CRG | Daily Management and Operations - Internal communication plan with employees to provide the status of the Court hearing today; the APA; the timeline to the closing; related issues; answer questions | 1.30 | **3-1** |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/5/2007 | RFP | Daily Management and Operations - Discuss sale process with M. Khambati, C. Tsitsis, C. Graff, | 0.30 | 3-1 |
| 11/5/2007 | RFP | Daily Management and Operations - Review outstanding items and plan for the week with C. Tsitsis, C. Graff | 0.60 | 3-1 |
| 11/5/2007 | RFP | Daily Management and Operations - Review potential buyers to be contacted w/ C. Tsitsis and discuss current issues outstanding | 0.60 | 3-1 |
| 11/5/2007 | RFP | Daily Management and Operations - Discuss the sale process with M. Harrison and the impacts this will have going forward | 0.30 | 3-1 |
| 11/5/2007 | RFP | Daily Management and Operations - Discuss accounting procedures with D. Wells and B. Norquist | 1.30 | 3-1 |
| 11/5/2007 | RFP | Daily Management and Operations - Discuss personnel issues w/ R. Wood regarding employees potentially going on disability | 0.30 | 3-1 |
| 11/5/2007 | RFP | Daily Management and Operations - Review emails regarding information requests from potential buyers | 0.30 | 3-1 |
| 11/5/2007 | RFP | Daily Management and Operations - Discuss with D. Mowris the issues regarding the Mexico joint venture and how it may impact the sale process | 0.40 | 3-1 |
| 11/5/2007 | RFP | Daily Management and Operations - Review latest waterfall analysis incorporating the final bid from BE (potential buyer) as well as sale procedure that was filed with the court | 0.90 | 3-1 |
| 11/5/2007 | MAS | Call w/ R. Wood re: today's hearing.  Discuss strategy for auction, other potential buyer Richard Burkhart, communication plan with employees and vendors. | 1.60 | 3-1 |
| 11/6/2007 | CRG | Daily Management and Operations - Management meeting with Doug Wells, CFO and the senior management of RIG - w/ Ryan Perrone - Work through a bullet list of wind-down tasks for the division of Rockford that has been previously sold; set final dates for employees; strategize on remaining equipment - many parties have viewed - none desire to purchase - too small a deal and too much in the marketplace | 1.40 | 3-1 |

| Date | Consultant | Description | Time | Category |
|---|---|---|---|---|
| 11/6/2007 | CDT | Marketing/Sale of Assets - receive email from G. Kanehann at Black Eagle re: questionnaire for environmental study.  Meet w/ D. Wells and J. Waller to answer questions, pdf file and email back to G. Kanehann. | 0.80 | 3-1 |
| 11/6/2007 | RFP | Daily Management and Operations - Meet with C. Graff, D. Wells, D. Brooks, and D. Goff to discuss the closing of RI (Plants 1 and 2) and how to handle disposal of assets, leased assets, and employee issues | 1.10 | 3-1 |
| 11/6/2007 | RFP | Daily Management and Operations - Spoke with B. Derry at Field regarding interest in certain assets at RI that were not initially purchase | 0.20 | 3-1 |
| 11/6/2007 | RFP | Daily Management and Operations - Call w/M. Khambati (client counsel) to discuss sale order for de minimus assets | 0.10 | 3-1 |
| 11/6/2007 | RFP | Daily Management and Operations - Meeting with Black Eagle, C. Tsitsis, R. Wood, D. Wells, and D. Peterson to discuss transition issues | 0.90 | 3-1 |
| 11/7/2007 | CRG | Daily Management and Operations - Phone call from Megan Gorecki - Credit Manager of Charter Steel - critical steel vendor to Rockford - Request to find out why they did not receive their wire for steel today; discuss Black Eagle and related issues | 0.20 | 3-1 |
| 11/7/2007 | CRG | Daily Management and Operations - Conference call with Doug Wells and C. Graff to Megan Gorecki - Credit Manager of Charter Steel - critical steel vendor to Rockford - Review the open invoices; discuss the DIP lender budget issues; joined by Rob Werthman - purchasing - set tomorrow to wire | 0.40 | 3-1 |
| 11/7/2007 | CRG | Daily Management and Operations - Meet with John Waller - Rockford employee - Pass on a request of Black Eagle - Harry Watson for the contact information for Alliant - will attempt to help bridge the utility situation | 0.20 | 3-1 |
| 11/7/2007 | RFP | Daily Management and Operations - Meet w D. Brooks at Plant 1 to walk through the facility and review what items are being taken by Dorman and what items remain to be sold or disposed of prior to abandoning the space | 1.30 | 3-1 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/7/2007 | RFP | Daily Management and Operations - Meeting with B. Norquist, C. Tsitsis, D. Wells to review the transition plan post-closing, discussing the following items: bank accounts, taxes, insurance, benefits, and the accounting system | 0.70 | 3-1 |
| 11/7/2007 | RFP | Daily Management and Operations - Meet w. D. Wells and M Tapp to review cure costs on executory contracts to quantify the cure costs that could be anticipated at closing | 0.90 | 3-1 |
| 11/7/2007 | RFP | Daily Management and Operations - Meetings with J. Wood to discuss customer relationships, Meeting with J. Waller, W. Rupp and C. Tsitsis to discuss issues with specific leases and related billing issues, review customer orders with B. Norquist | 1.10 | 3-1 |
| 11/7/2007 | MAS | Daily Management and Operations - Calls with R. Wood and D. Peterson to review potential bidders and where they stand, how each potential buyer would impact the employees, and what steps should be taken to inform the employees of the process | 1.20 | 3-1 |
| 11/7/2007 | MAS | Daily Management and Operations - Meet w/ R. Perrone and C. Tsitsis to discuss requirements of work product, etc between now and Monday's auction, meet w/ D. Peterson re: utility issue and possible discussions w/ mayor of Rockford to assist. | 0.90 | 3-1 |
| 11/8/2007 | CRG | Daily Management and Operations - Issue with Nicor Gas - the current meter / lines run through plant 2 and 1 - the real property leases will be rejected for these - need to have lines and a meter at plant 3 for the potential sale to Black Eagle Partners / others - Call the current Nicor Gas contact Michael W. Landreth and discuss the range of cost to the Estate of $200,000 to $250,000 - discuss why this would be problematic to the sale and potentially could cause it not to close; discuss related issues | 0.50 | 3-1 |
| 11/8/2007 | CRG | Daily Management and Operations - Issue with Nicor Gas - Call the Bankruptcy Department at Nicor Gas to discuss the meter / new line issues - several calls back and forth as they sought approval from key managers - proposal by Silverman Consulting was to do the meter / lines for "cost" since the consequences could cause bad newspaper press; workers could potentially default on their personal gas bills as a result of losing their jobs; and the manufacturing facility could sit idle for months with a further loss of revenue - they will evaluate and discuss tonight and get back to me in the morning | 1.10 | 3-1 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/8/2007 | MAS | Meet w/ C. Tsitsis to update on status of closing checklist, discuss outstanding due diligence items such as environmental, transfer of utility meters, discuss waterfall analysis, discussions w/ Black Eagle re: potential management changes. | 1.00 | 3-1 |
| 11/8/2007 | MAS | Meet w/ R. Perrone, C. Tsitsis, H. Watson, and. G. Kanehann of Black Eagle Partners to discuss operations, activities between now and closing, auction requirements and acitivties, RIG receivables pre and post closing, telephone lease refund, natural gas in storage, discuss future restructuring of business and which positions may or may not be necessary. | 2.20 | 3-1 |
| 11/8/2007 | MAS | Daily Management and Operations - Meet w/ D. Peterson and R. Wood to discuss the auction process for Monday (11/12), and discuss issues related to management and their positions overseeing the employee 401(k) and pension | 2.30 | 3-1 |
| 11/8/2007 | MAS | Meet w/ C. Tsitsis and D. Peterson re: WARN act issues, RIG employees, management requirements during transition, etc. | 0.90 | 3-1 |
| 11/8/2007 | CDT | Meet w/ M. Silverman to update on status of closing checklist, discuss outstanding due diligence items such as environmental, transfer of utility meters, discuss waterfall analysis, discussions w/ Black Eagle re: potential management changes. | 1.00 | 3-1 |
| 11/8/2007 | CDT | Meet w/ M. Silverman, R. Perrone, H. Watson, and. G. Kanehann of Black Eagle Partners to discuss operations, activities between now and closing, auction requirements and acitivties, RIG receivables pre and post closing, telephone lease refund, natural gas in storage, discuss future restructuring of business and which positions may or may not be necessary. | 2.20 | 3-1 |
| 11/8/2007 | CDT | Meet w/ M. Silverman and R. Perrone to discuss requirements of work product, etc between now and Monday's auction, meet w/ D. Peterson re: utility issue and possible discussions w/ mayor of Rockford to assist. | 0.90 | 3-1 |
| 11/8/2007 | CDT | Meet w/ M. Silverman and D. Peterson re: WARN act issues, RIG employees, management requirements during transition, etc. | 0.90 | 3-1 |

| Date | Consultant | Description | Time | Category |
|---|---|---|---|---|
| 11/8/2007 | RFP | Daily Management and Operations - Meet w/ M. Silverman, C. Tsitsis, H. Watson, and. G. Kanehann of Black Eagle Partners to discuss operations, activities between now and closing, auction requirements and acitivites, RIG receivables pre and post closing, telephone lease refund, natural gas in storage, discuss future restructuring of business and which positions may or may not be necessary. | 2.20 | 3-1 |
| 11/8/2007 | RFP | Daily Management and Operations - Meet w/ M. Silverman and C. Tsitsis to discuss requirements of work product, etc between now and Monday's auction, meet w/ D. Peterson re: utility issue and possible discussions w/ mayor of Rockford to assist. | 0.90 | 3-1 |
| 11/9/2007 | CRG | Daily Management and Operations - Management meeting to discuss the Nicor discussions from yesterday; strategize on how to bridge the large amount required such going to the City, etc. for assistance | 0.60 | 3-1 |
| 11/9/2007 | CRG | Daily Management and Operations - Reply from Nicor Gas - they will do it at cost - amount reduced from $200,000 / $250,000 to $93,803.77 - Notify the management team and the interested buyers (Richard Burkhart and Black Eagle Partners) | 0.70 | 3-1 |
| 11/9/2007 | MAS | Daily Management and Operations - Call w/ R. Wood to prepare for Monday's auction, discuss how the board should be updated and involved, review all likely outcomes from the auction | 0.90 | 3-1 |
| 11/9/2007 | MAS | Call w/ C. Tsitsis to discuss status of other potential buyers, discovery motion against MacLean-Fogg, daily operations and debt levels/availability. | 0.50 | 3-1 |
| 11/9/2007 | CRG | Daily Management and Operations - Meeting with Ray Wood related to the insufficient offer from Platinum Equity - Discuss related issues | 0.30 | 3-1 |
| 11/9/2007 | CDT | Daily operations - call w/ D. Wells to discuss cure of executory contracts, set up new bank accounts for new company, process for physical inventory next week, current debt and funding requirements through closing. | 1.20 | 3-1 |
| 11/9/2007 | CDT | Call w/ M. Silverman to discuss status of other potential buyers, discovery motion against MacLean-Fogg, daily operations and debt levels/availability. | 0.50 | 3-1 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/9/2007 | CDT | Daily operations - work on reconciling working capital change from 11/7 to today. Change is significant so had calls w/ B. Norquist and D. Wells to work through reconciliation, discuss inventory deposits versus arrival of physical inventory, deposits hitting a/r register, etc. Revise waterfall analysis and send to B. Norquist and D. Wells for review. Continue discussions tomorrow after they have reviewed. | 2.60 | 3-1 |
| 11/9/2007 | CDT | Read and respond to various emails, some re: operations, most re: sale process, requests for additional information, waterfall and working capital analysis. | 0.40 | 3-1 |
| 11/13/2007 | CDT | Meet w/ D. Peterson re: Black Eagle being highest and best bidder, transition of new company, etc. | 0.50 | 3-1 |
| 11/13/2007 | CDT | Work w/ B. Norquist on updating working capital adjustment for waterfall analysis, research inventory change, revise waterfall, send out to working group (senior lender, Black Eagle, RPC, SC). | 1.60 | 3-1 |
| 11/13/2007 | CDT | Employee meeting - meet w/ 20 managers and Black Eagle President G. Kanehann to introduce Black Eagle, answer questions, discuss remaining aspects of process. | 1.70 | 3-1 |
| 11/13/2007 | CDT | Work w/ R. Perrone and B. Norquist to gather remaining executory contract information for APA. | 0.60 | 3-1 |
| 11/13/2007 | MAS | Daily Management and Operations - Call with D. Peterson to review the outcome of the auction, discussed remaining outstanding items including: environmental issues, employee issues, timing of announcements and transition of management | 1.20 | 3-1 |
| 11/13/2007 | MAS | Daily Management and Operations - Call with R. Wood to discuss the potential outcomes of Monday's auction, what the next steps were going to be with Black Eagle, and how to proceed throughout the week. Discussed how to address employee concerns about jobs and ownership interests | 1.30 | 3-1 |
| 11/14/2007 | CRG | Daily Management and Operations - Meeting with Ray Wood to discuss the Sec. 363 Auction and preparation for Court Approval - Discuss the tasks for the day | 0.40 | 3-1 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/14/2007 | CRG | Daily Management and Operations - Meeting with Rob Werthman - Purchasing - Discuss the need for the working capital comparison between Sept. 23 and the day of the closing - forecasted to be Friday, Nov. 16 - Review all outstanding issues from purchasing including steel deposits | 1.80 | 3-1 |
| 11/14/2007 | CRG | Daily Management and Operations - Meetings with the operational managers to review work-in-process issues to prepare for the closing; discuss the required physical inventory; review issues such as steel surcharge billings to catch up; discuss finished goods and shipments; discuss other related matters | 2.60 | 3-1 |
| 11/14/2007 | CRG | Daily Management and Operations - Report back to Ray Wood to discuss the preparation for the closing; discuss operational matters | 0.30 | 3-1 |
| 11/14/2007 | CRG | Daily Management and Operations - Meeting with Doug Wells - CFO to review all issues required for the closing including the physical inventory; final meter readings for the utilities; accrued payroll; other related issues | 1.30 | 3-1 |
| 11/14/2007 | CRG | Daily Management and Operations - Meeting with the Silverman team, R. Perrone and C. Tsitsis and the financial department including the CFO and Controller - work after hours to arrive at what will be used as the working capital adjustment - most important part of the flow of funds and the one item that could delay the closing | 3.30 | 3-1 |
| 11/14/2007 | CRG | Daily Management and Operations - Conference call with the parties in interest including the DIP lender, its legal advisors, the legal and financial advisors to the Unsecured Creditors Committee, counsel to the Debtors' and the Silverman Team - Discuss the current version of the sales proceeds waterfall; strategize on each line item; discuss related issues | 0.90 | 3-1 |
| 11/14/2007 | CDT | Daily Management and Operations - Meeting with Rob Werthman - Purchasing - Discuss the need for the working capital comparison between Sept. 23 and the day of the closing - forecasted to be Friday, Nov. 16 - Review all outstanding issues from purchasing including steel deposits | 1.80 | 3-1 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/14/2007 | CDT | Daily Management and Operations - Meetings with the operational managers to review work-in-process issues to prepare for the closing; discuss the required physical inventory; review issues such as steel surcharge billings to catch up; discuss finished goods and shipments; discuss other related matters | 2.60 | 3-1 |
| 11/14/2007 | CDT | Daily Management and Operations - Meeting with Doug Wells - CFO to review all issues required for the closing including the physical inventory; final meter readings for the utilities; accrued payroll; other related issues | 1.30 | 3-1 |
| 11/14/2007 | CDT | Daily Management and Operations - Meeting with the Silverman team, R. Perrone and C. Tsitsis and the financial department including the CFO and Controller - work after hours to arrive at what will be used as the working capital adjustment - most important part of the flow of funds and the one item that could delay the closing | 3.30 | 3-1 |
| 11/14/2007 | MAS | Daily Management and Operations - Call with D. Peterson to review open issues regarding closing by the end of the week, discuss potential meetings that could be set up with the new owners and the local government | 1.10 | 3-1 |
| 11/14/2007 | RFP | Daily Management and Operations - Reviewing the working capital adjustment throughout the day with B. Norquist, D. Wells and C. Tsitsis, looking in depth at the various components that were impacting the accruals and calculating what the anticipated amount would be for a Friday closing | 3.40 | 3-1 |
| 11/15/2007 | CRG | Daily Management and Operations - Request from counsel to the Debtors' - Mohsin Khambati to prepare for possible Court testimony today related to approval of the Sec. 363 outcome; review and complete the outline of possible questions that I should be prepared to answer; seek input from C. Tsitsis on certain questions related to their tasks | 5.90 | 3-1 |
| 11/15/2007 | CRG | Daily Management and Operations - Post-Court matters related to issues in the check float and the company's funding advance for today - call C. Tsitsis at the company to secure input; work with Andy Hall at Bridge and their legal advisor to arrive at comfort that all requests were necessary to get to the closing | 0.60 | 3-1 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/16/2007 | CRG | Daily Management and Operations - Meeting with the Silverman team, R. Perrone and C. Tsitsis to discuss the status of the closing numbers and flow of funds - C. Tsitsis has been on site since 4:00 AM working with the buyer and their financial team - Review and discuss | 1.30 | 3-1 |
| 11/16/2007 | CRG | Daily Management and Operations - Meeting withRob Werthman to discuss the DDI deposit - conference in parties from DDI to discuss any trailing liabilities; related issues such as who owns the deposit buyer versus the Estate; and when it can be returned - discuss and provide this report to C. Tsitsis who is working on the working capital waterfall | 0.90 | 3-1 |
| 11/16/2007 | CRG | Daily Management and Operations - Working with the Silverman Consulting team - review many versions of the sales proceeds waterfall to arrive at the final one to be used for the closing flow of funds; arrive at the closing - the wire initiated | 1.40 | 3-1 |
| 11/16/2007 | CRG | Daily Management and Operations - All hands on conference call to discuss the final closing sales proceeds waterfall - one objection from Jim Nugent (Financial Advisor to the Unsecured Creditors Committee) - break out from the call to call Jim and discuss | 0.60 | 3-1 |
| 11/16/2007 | CRG | Daily Management and Operations - While waiting for confirmation that the wire has been received by Bridge assist Harry Watson with vendor integration issues including to whom he should meet with over the next week or two; discuss related issues | 3.10 | 3-1 |
| 11/16/2007 | CRG | Daily Management and Operations - Federal Reserve transaction number lost in cyberspace - Bridge nor the buyer can locate it - getting close to the final time that Bridge can consider today the closing and fund its wire to LaSalle Bank - many phone calls with the Silverman Consulting team present to try to work through the issues | 0.60 | 3-1 |
| 11/16/2007 | RFP | Daily Management and Operations - Review surcharge billings with B. Norquist and D. Street to verify timing of adjustments made on Nov. 15 that they related to Sept and October, discuss with C. Gutowski, and reconcile against his schedules that prior surcharge billings were also lagging entries | 1.60 | 3-1 |

| Date | Consultant | Description | Time | Category |
|---|---|---|---|---|
| 11/16/2007 | RFP | Daily Management and Operations - Meeting with the Silverman team, C. Graff and C. Tsitsis to discuss the status of the closing numbers and flow of funds - C. Tsitsis has been on site since 4:00 AM working with the buyer and their financial team - Review and discuss | 1.30 | 3-1 |
| 11/16/2007 | MAS | Daily Management and Operations - Working with the Silverman Consulting team - review many versions of the sales proceeds waterfall to arrive at the final one to be used for the closing flow of funds; arrive at the closing - the wire initiated | 1.40 | 3-1 |
| 11/16/2007 | MAS | Daily Management and Operations - All hands on conference call to discuss the final closing sales proceeds waterfall - one objection from Jim Nugent (Financial Advisor to the Unsecured Creditors Committee) | 0.60 | 3-1 |
| 11/16/2007 | MAS | Daily Management and Operations - Federal Reserve transaction number lost in cyberspace - Bridge nor the buyer can locate it - getting close to the final time that Bridge can consider today the closing and fund its wire to LaSalle Bank - many phone calls with the Silverman Consulting team present to try to work through the issues | 0.60 | 3-1 |
| 11/16/2007 | MAS | Daily Management and Operations - Discuss Transition of management with Harry Watson, hold private meetings with R. Wood and D. Peterson to discuss management transitions and financial packages | 2.60 | 3-1 |
| 11/16/2007 | MAS | Daily Management and Operations - Call with Rockford Register Star to give the local newspaper the pertinent facts of the transaction and the impacts it would have on the employees and management | 0.60 | 3-1 |
| 11/16/2007 | RFP | Daily Management and Operations - Working with the Silverman Consulting team - review many versions of the sales proceeds waterfall to arrive at the final one to be used for the closing flow of funds; arrive at the closing - the wire initiated | 1.40 | 3-1 |
| 11/16/2007 | RFP | Daily Management and Operations - All hands on conference call to discuss the final closing sales proceeds waterfall - one objection from Jim Nugent (Financial Advisor to the Unsecured Creditors Committee) | 0.60 | 3-1 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/16/2007 | RFP | Daily Management and Operations - Federal Reserve transaction number lost in cyberspace - Bridge nor the buyer can locate it - getting close to the final time that Bridge can consider today the closing and fund its wire to LaSalle Bank - many phone calls with the Silverman Consulting team present to try to work through the issues | 0.60 | 3-1 |
| 11/16/2007 | RFP | Daily Management and Operations - Start to prepare schedule to for final Dorman billing related to transition services agreement executed in September.  Discuss work performed with D. Brooks and submit information request to B. Norquist for freight, wages and other expesnes | 1.20 | 3-1 |
| 11/16/2007 | RFP | Daily Management and Operations - Review proposed adjustments from Field Fastener regarding the escrow established on 10/2/07, research payment history on specific invoices w/ D. Street, start calculating final purchase price adjustment | 1.30 | 3-1 |
| 11/19/2007 | RFP | Daily Management and Operations - Prepare schedule outlining the escrow adjustments to the Field Fastener transaction, showing the final adjusted purchase price and lay out adjustments to various invoices that were required to true up the escrow | 0.90 | 3-1 |
| 11/19/2007 | RFP | Daily Management and Operations - Work on schedule to calculate the final fee due from Dorman for transition services per the agreement signed in September.  Look at hours worked by RI staff to deterimine what wage costs were incurred | 1.20 | 3-1 |
| 11/20/2007 | RFP | Daily Management and Operations - continued work on Dorman transition services fee calculation, review run rates on wages to assess what range of reimbursement would be | 0.40 | 3-1 |
| 11/26/2007 | RFP | Daily Management and Operations - review information submitted by Chris Pauli (Field Fastener) outlining their perceived adjustments to the escrow, verify adjustments with B. Norquist at Rockford | 0.90 | 3-1 |
| 11/27/2007 | RFP | Daily Management and Operations - Submit final escrow adjustment to Field Fastener and hold final discussions and come to agreement to have escrow funds remitted to the estate2 | 0.90 | 3-1 |
| | | Daily Management and Operations | 107.70 | |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/9/2007 | CDT | Call w/ A. Hall (senior lender) to discuss working capital change and waterfall, discuss debt levels and what is included relative to former waterfall, etc.  Schedule call for tomorrow. | 0.50 | 3-3 |
| 11/10/2007 | CDT | Call w/ A. Hall (senior lender) to discuss debt levels and which expenses are already included in the revolver so I can update the waterfall analysis.  Discuss working capital change and timing issues related to inventory. | 0.80 | 3-3 |
| 11/15/2007 | CDT | Multiple calls w/ senior lender to discuss closing day activities, advances requested for today, research various items on list, stop wire to BMC due to lack of court order, etc. | 2.10 | 3-3 |
| 11/16/2007 | CRG | Meetings / communications with the D.I.P. lender, its counsel, or its financial advisors- Phone call to Jim Nugent (Mesirow) to discuss his objection; work through the issues - he will circulate an e-mail to permit the funding of the transaction | 0.30 | 3-3 |
| | | Meetings / communications with the D.I.P. lender, its counsel, or its financial advisors | 3.70 | |
| 11/1/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Non-stop back and forth calls and discussions with the DIP lenders; creditors' committee, legal counsel, and financial advisors - w/ C. Tsitsis Continue to work through the Black Eagle APA - Leave with a outline of an agreement - expect to be signed in the morning | 10.60 | 4-2 |
| 11/1/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers and C. Graff, Due Diligence Activities - Non-stop back and forth calls and discussions with the DIP lenders; creditors' committee, legal counsel, and financial advisors - Attempt to work through the Black Eagle APA; issues related to the e-mail from counsel to the DIP lender; the ability to pay-out the DIP lender in light of current and forecasted numbers; end at 11:00 PM | 10.40 | 4-2 |
| 11/1/2007 | MAS | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities -  Participate in various conference calls with DIP lender and counsel regarding changes to APA, ability of APA to payout DIP lender, etc. | 3.40 | 4-2 |

| Date | Consultant | Description | Time | Category |
|---|---|---|---|---|
| 11/2/2007 | MAS | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Call w/ prospective buyer MacLean-Fogg re: impending auction on November 12.  Discuss possibility of participating, discuss potential site visit and further information desired.  Discuss potential suit by creditors. | 1.80 | 4-2 |
| 11/2/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities -  Many calls between the buyer's counsel and counsel for the Debtors' to resolve language issues within the APA before signing | 4.20 | 4-2 |
| 11/2/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers and C. Graff, Due Diligence Activities -  Multiple calls between the buyer's counsel and counsel for the Debtors, and senior lender to resolve language issues within the APA before signing, final changes to schedules, etc. | 5.10 | 4-2 |
| 11/4/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Request by Mohsin Khambati - Counsel to the Debtors' to prepare an analysis for the APA to be used in Court for his appearance on Monday, November 5 - prepare and send | 0.60 | 4-2 |
| 11/5/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Various tasks associated with fine tunning the APA facilitated with interested buyer - Black Eagle Partners d/b/a Rockford Acquisition LLC - e-mails with counsel to Debtors; analysis to support the waterfall and APA price as indicated; supporting schedules; questions related to lease cures and purchase price deductions | 6.90 | 4-2 |
| 11/5/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Various tasks associated with fine tunning the APA facilitated with interested buyer - Black Eagle Partners d/b/a Rockford Acquisition LLC - e-mails with counsel to Debtors; analysis to support the waterfall and APA price as indicated; supporting schedules; questions related to lease cures and purchase price deductions | 6.90 | 4-2 |
| 11/5/2007 | CDT | Daily Management and Operations - Internal communication plan with employees to provide the status of the Court hearing today; the APA; the timeline to the closing; related issues; answer questions | 1.30 | 4-2 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/5/2007 | MAS | Marketing/Sale of Assets - call w/ potential buyer Platinum Equity re: revisiting potential purchase of RPC. Would like to submit an offer. Discuss stalking horse APA and refer to C. Tsitsis and R. Perrone re: detail information requested. | 0.50 | 4-2 |
| 11/5/2007 | RFP | Marketing/Sale of Assets - Review APA schedules with D. Wells and M. Dantas to ensure all contracts were included | 0.70 | 4-2 |
| 11/5/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Assemble package for interested parties to evaluate their Marketing/Sale of Assets - interest in comparison to the Asset purchase agreement | 1.70 | 4-2 |
| 11/5/2007 | RFP | Marketing/Sale of Assets - Call with P. Hartheimer at ClearBid (Potential buyer) to update them on the stalking horse and terms of the signed asset purchase agreement and discuss their future interest in the deal | 0.50 | 4-2 |
| 11/5/2007 | RFP | Marketing/Sale of Assets - Call with S. Jacobson at PAF (Potential buyer) to update them on the stalking horse and terms of the signed asset purchase agreement and discuss their future interest in the deal | 0.40 | 4-2 |
| 11/5/2007 | RFP | Marketing/Sale of Assets - Call w/ J. Moore- representative for potential buyer | 0.20 | 4-2 |
| 11/6/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - **On-site visit** by Black Eagle Partners d/b/a Rockford Acquisition LLC and their financial advisors - work the entire day to develop a plan for transition including employees; check book issues; steel production; open P.O.'s; the APA schedules; answer questions; make notes for follow-up issues | 8.30 | 4-2 |
| 11/6/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - **Request by Black Eagle** to open a dialog with the key steel supplier - Charter Steel - Call John Couper - he conferences in his Credit Officer - Megan Gorecki - Discuss the request; discuss Court yesterday and the timeline going forward; request to create and send a contact list of the parties on-site today | 0.60 | 4-2 |

| Date | Consultant | Description | Time | Category |
|------|------------|-------------|------|----------|
| 11/6/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Request by Charter Steel - John Couper to create a contact list for Black Eagle and their financial advisors on site today - send to John Couper | 0.30 | 4-2 |
| 11/6/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - **On-site visit** by Black Eagle Partners d/b/a Rockford Acquisition LLC and their financial advisors - work the entire day to develop a plan for transition including employees; check book issues; steel production; open P.O.'s; the APA schedules; answer questions; make notes for follow-up issues | 8.30 | 4-2 |
| 11/6/2007 | RFP | Marketing/Sale of Assets - Call w. R. Burkhart about interest in pursuing Cold Formed Division of Rockford, and respond to emails concerning bid evaluation | 0.80 | 4-2 |
| 11/6/2007 | RFP | Marketing/Sale of Assets - Call w. A. Cooper (PE) about interest in pursuing Cold Formed Division of Rockford | 0.20 | 4-2 |
| 11/6/2007 | RFP | Marketing/Sale of Assets - Meet w/ B.Norquist to discuss due dilgience requests for intersted parties. | 0.40 | 4-2 |
| 11/6/2007 | RFP | Marketing/Sale of Assets - Prepare analysis to compare bids from two interested parties to understand the differences and to identify how each bid changed over time as the balance sheet accounts fluctuated | 5.30 | 4-2 |
| 11/6/2007 | RFP | Marketing/Sale of Assets - Review bid comparisons with C. Graff to understand each bid fully | 0.70 | 4-2 |
| 11/6/2007 | RFP | Marketing/Sale of Assets - Review final asset purchase agreement from Black Eagle | 0.30 | 4-2 |
| 11/6/2007 | RFP | Marketing/Sale of Assets - Call J. Luggen regarding interest in equipment in Plant 3 | 0.10 | 4-2 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/7/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Arrive with C. Tsitsis and Black Eagle principal Harry Watson - Work all morning related to closing issues; post-closing integration matters including gas and electric service; employees; the auction and post-auction issues | 4.60 | 4-2 |
| 11/7/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Conference call with C. Tsitsis and R. Perrone - Doug Wells, CFO and the buyers counsel and Maria Dantas and Raphael Aquia from counsel to the Debtors' - Work through the APA schedules to insure that there are no closing issues that were missed; only several documents are required and a work product from Dino | 0.60 | 4-2 |
| 11/7/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Management meeting with C. Tsitsis and R. Perrone - Ray Wood, Dave Petersen, and Doug Wells - Discuss a phone call Ray Wood received from Richard Burkhart - possible buyer - his questions and many that Ray could not answer; discuss these and strategize on how to get him the answers promptly - decide a conference call with the Silverman team would be the most efficient method | 0.80 | 4-2 |
| 11/7/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Conference call with C. Tsitsis and R. Perrone - Re: **Richard Burkhart** - potential interested party - discuss sale issues; answer questions; make notes for items we cannot answer | 0.60 | 4-2 |
| 11/7/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Conference call with C. Tsitsis and R. Perrone - Re: **Richard Burkhart** - potential interested party - divide the due diligence tasks among the group and break to work on; strategize on certain requests and how to go about getting the answers; discuss related issues | 0.40 | 4-2 |
| 11/7/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Meeting with senior management of Rockford, Black Eagle Partners team, and Silverman team, C. Tsitsis, R. Perrone, and C. Graff - Discuss the progress of the on-site due diligence this week; how their dinners went with middle management; operational hurdles to getting to closing; transition issues; other related matters | 1.20 | 4-2 |

| Date | Consultant | Description | Time | Category |
|---|---|---|---|---|
| 11/7/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities -  Re: **Richard Burkhart** - Send and receive various e-mails to the law firm for the Debtors' - Mohsin Khambati and others related to due diligence requests from Richard Burkhart - send reply's to Richard | 0.50 | 4-2 |
| 11/7/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Meeting with Ray Wood, joined by John Waller - Rockford employee - Discuss the utility transfer from plant one and two to the plant desired by Black Eagle Partners - Problem is that the meters are at the other plants; discuss the issues; strategize on solutions; set next steps | 0.60 | 4-2 |
| 11/7/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Meeting with Harry Watson - Principal with Black Eagle Partners - Discuss the utility transfer problem; discuss the company's thoughts on how to solve; strategize on how we can assist the process - decide to involve the Bankruptcy Dept to move the process along. | 0.50 | 4-2 |
| 11/7/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Arrive with C. Graff and Black Eagle principal Harry Watson - Work all morning related to closing issues; post-closing integration matters including gas and electric service; employees; the auction and post-auction issues | 4.60 | 4-2 |
| 11/7/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Conference call with C. Tsitsis and R. Perrone - Doug Wells, CFO and the buyers counsel and Maria Dantas and Raphael Aquia from counsel to the Debtors' - Work through the APA schedules to insure that there are no closing issues that were missed; only several documents are required and sources and uses of funds to be provided by SC. | 0.60 | 4-2 |
| 11/7/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Management meeting with C. Graff and R. Perrone - Ray Wood, Dave Petersen, and Doug Wells - Discuss a phone call Ray Wood received from Richard Burkhart - possible buyer - his questions and many that Ray could not answer; discuss these and strategize on how to get him the answers promptly - decide a conference call with the Silverman team would be the most efficient method | 0.80 | 4-2 |

| Date | Consultant | Description | Time | Category |
|---|---|---|---|---|
| 11/7/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Conference call with C. Graff and R. Perrone - Re: **Richard Burkhart** - potential interested party - discuss sale issues; answer questions; make notes for items we cannot answer | 0.60 | **4-2** |
| 11/7/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Conference call with C. Graff and R. Perrone - Re: **Richard Burkhart** - potential interested party - divide the due diligence tasks among the group and break to work on; strategize on certain requests and how to go about getting the answers; discuss related issues | 0.40 | **4-2** |
| 11/7/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Meeting with senior management of Rockford, Black Eagle Partners team, and Silverman team, C. Tsitsis, R. Perrone, and C. Graff - Discuss the progress of the on-site due diligence this week; how their dinners went with middle management; operational hurdles to getting to closing; transition issues; other related matters | 1.20 | **4-2** |
| 11/7/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Conference call with C. Tsitsis and C. Graff - Doug Wells, CFO and the buyers counsel and Maria Dantas and Raphael Aquia from counsel to the Debtors' - Work through the APA schedules to insure that there are no closing issues that were missed; only several documents are required and a work product from Dino | 0.60 | **4-2** |
| 11/7/2007 | RFP | Marketing/Sale of Assets - Meeting with C. Tsitsis and C. Graff - R. Wood, D. Petersen, and D. Wells - Discuss a phone call R. Wood received from Richard Burkhart - possible buyer - his questions and many that Ray could not answer; discuss these and strategize on how to get him the answers promptly - decide a conference call with the Silverman team would be the most efficient method | 0.80 | **4-2** |
| 11/7/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Conference call with C. Tsitsis and C. Graff - Re: Richard Burkhart - potential interested party - discuss sale issues; answer questions; make notes for items we cannot answer | 0.60 | **4-2** |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/7/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Meeting with senior management of Rockford, Black Eagle Partners team, and Silverman team, C. Tsitsis, R. Perrone, and C. Graff - Discuss the progress of the on-site due diligence this week; how their dinners went with middle management; operational hurdles to getting to closing; transition issues; other related matters | 1.20 | **4-2** |
| 11/7/2007 | RFP | Marketing/Sale of Assets - Phone call with J. McNair at Corinthian Capital, discuss transaction and status of current deal with BlackEagle | 0.20 | **4-2** |
| 11/7/2007 | RFP | Marketing/Sale of Assets - Phone call with R. Paulin regarding potential acquisition of packaging machinery at Plant 1 and update on the overall sale process | 0.40 | **4-2** |
| 11/7/2007 | RFP | Marketing/Sale of Assets - Attempted to call several potentially interested parties, and left detailed voicemails updating them on the status of the sale process and what the bidding procedures were | 0.30 | **4-2** |
| 11/7/2007 | RFP | Meeting with B. Norquist and G. Bruckner to discuss an information request regarding the customer tooling and how to run the reports and what data the end product would contain, review file once received, pass onto potential buyer | 0.80 | **4-2** |
| 11/7/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Meet w. D. Wells, H. Watson, C. Gutowski, B. Sproull to discuss receivables with RI Customers and issues with the telephone equipment lease | 0.40 | **4-2** |
| 11/8/2007 | CDT | Marketing/Sale of Assets - Meet w/ Black Eagle principle G. Kanehann, BE financial advisor C. Gutowski, and R. Perrone to discuss inventory count pre-closing, inventory reserve reduction, outstanding issues re: capital and operating leases, real estate lease, etc. | 1.70 | **4-2** |
| 11/8/2007 | CDT | Marketing/Sale of Assets - exchange emails w/ R. Burkhart re: requested information, status as qualified bidder, phone calls w/ debtor counsel re: same, as well as additional information and certificates required for closing.  Start gathering information requested by both parties. | 2.20 | **4-2** |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/8/2007 | RFP | Marketing/Sale of Assets - Meet w/ Black Eagle principle G. Kanehann, BE financial advisor C. Gutowski, and C. Tsitsis to discuss inventory count pre-closing, inventory reserve reduction, outstanding issues re: capital and operating leases, real estate lease, etc. | 1.70 | **4-2** |
| 11/8/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Meet w. D. Wells, H. Watson, C. Gutowski, B. Sproull to discuss receivables with RI Customers and issues with the telephone equipment lease | 0.40 | **4-2** |
| 11/8/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Respond to requests for executory contracts from J. Kim (Dewey LeBoeuf), hunt down missing contracts, make copies, verify contracts that have expired.  Work with Doug Wells to identify contracts that are no longer in effect | 3.20 | **4-2** |
| 11/9/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - On site meeting with Harry Watson (Black Eagle Partners) - wth Ryan Perrone - Outline the waterfall of open items which include such items as the requirement for a physical inventory; the Nicor matter; the RIG AR being acquired; the need today to complete the list of executoy contracts; and many others - discuss each issue and determine who best to complete; set time to complete | 3.30 | **4-2** |
| 11/9/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Conference call with Ryan Perrone and Adam Cooper from Platinum Equity - interested buyer - discuss the outline of their offer and why it will not work; answer questions; discuss related issues | 0.70 | **4-2** |
| 11/9/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Complete numerous requests for due diligence from the interested buyer - Richard Burkhart; divide tasks between C. Graff and R. Perrone | 4.30 | **4-2** |
| 11/9/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Respond to the offer from Platinum Equity - send to the stakeholders | 0.20 | **4-2** |
| 11/9/2007 | CDT | Marketing/Sale of Assets - calls w/ potential buyers interested in just equipment as well as the going concern entity.  Walk through process of auction on Monday, discuss additional information needed, etc. | 1.10 | **4-2** |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/9/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - On site meeting with Harry Watson (Black Eagle Partners) - wth C. Graff - Outline the waterfall of open items which include such items as the requirement for a physical inventory; the Nicor matter; the RIG AR being acquired; the need today to complete the list of executoy contracts; and many others - discuss each issue and determine who best to complete; set time to complete | 3.30 | 4-2 |
| 11/9/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Conference call with C. Graff and Adam Cooper from Platinum Equity - interested buyer - discuss the outline of their offer and why it will not work; answer questions; discuss related issues | 0.70 | 4-2 |
| 11/9/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Complete numerous requests for due diligence from the interested buyer - Richard Burkhart; divide tasks between C. Graff and R. Perrone | 4.30 | 4-2 |
| 11/9/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Respond to the offer from Platinum Equity - send to the stakeholders | 0.20 | 4-2 |
| 11/9/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Follow up work on executory contracts for J. Kim (Dewey LeBoeuf), find additional copies, send scanned copies, update schedule for cure amounts on contracts to be assumed. | 1.60 | 4-2 |
| 11/10/2007 | CDT | Marketing/Sale of Assets - call w/ potential buyer (Platinum Equity) to discss desire to bid at auction on Monday.  Discuss potential support of customers for them, structure of deal they are proposing, value to the estate, value of closing this facility and moving some jobs to their other facilities; would offer jobs to approx 100 of the 440 people at RPC. | 1.20 | 4-2 |
| 11/11/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Phone call from C. Tsitsis - Questions related to the 11th hour proposal by interested buyer - Platinum Equity - Strategize on several of their requests including the desire to speak with customers on a Sunday night, among other issues | 0.40 | 4-2 |

| Date | Consultant | Description | Time | Category |
|---|---|---|---|---|
| 11/11/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Phone call from Garrett at Black Eagle - Answer questions related to bidders, the process, other related issues | 0.30 | 4-2 |
| 11/11/2007 | CDT | Marketing/Sale of Assets - call w/ potential buyer (Platinum Equity) to further discuss their proposal, value they would have to add to bid for lost jobs, try to set up calls w/ customers tonight (Sunday). | 0.90 | 4-2 |
| 11/11/2007 | CDT | Marketing/Sale of Assets - multiple calls between J. Wood, Platinum Equity, and C. Graff to try to get calls set up, strategize on Platinum's offer, discuss bidding at tomorrow's auction. | 2.00 | 4-2 |
| 11/12/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Work w. J. Kim to resolve issues regarding assumed leases, cure amounts and executory contracts to verify which contracts were being assumed and rejected | 1.20 | 4-2 |
| 11/13/2007 | CDT | Marketing/Sale of Assets - work with debtor and purchaser attorneys to gather further information relating to contracts, certificates of title, etc for final APA. | 2.10 | 4-2 |
| 11/13/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Respond to requests related to executory contracts from J. Kim (Dewey LeBoeuf), review latest list of assumed contracts against list prepared by the company and identify the leases that were inadvertantly left off | 3.10 | 4-2 |
| 11/13/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Phone calls with C. Gutowski (Black Eagle advisor) regarding the Integrys agreement and natural gas usage with People's Energy.  Work with M. Tapp and C. Tsitsis to find agreements and statements, review contract with Integrys | 2.90 | 4-2 |
| 11/14/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Meeting with successful buyer - Black Eagle Partners / Rockford Acquisition LLC - Principal Harry Watson - privately meet and discuss his transition team; he has requested input from Silverman related to their choices; discuss severance matters and other operational transition issues; discuss how to keep the wheels on operations through the closing | 4.70 | 4-2 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/14/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Meeting with successful buyer - Black Eagle Partners / Rockford Acquisition LLC - Principal Harry Watson - privately meet and discuss his transition team; he has requested input from Silverman related to their choices; discuss severance matters and other operational transition issues; discuss how to keep the wheels on operations through the closing | 4.70 | **4-2** |
| 11/14/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Discussions about gas contracts with D. Wells and C. Gutowski to review gas supply contracts, Alliant co-gen contract, discuss cure amounts after researching invoices to review payments made prior to petition date | 2.20 | **4-2** |
| 11/14/2007 | RFP | Closing issues related to cure costs and lease assumptions, working with J. Kim at LeBoeuf and C. Gutowski (advisor to buyer) to verify cure costs and which leases to be assumed and rejected. Also spent time with M. Brinkmeyer and M. Tapp at the company to research payables at the filing date in relation to the cure costs | 3.70 | **4-2** |
| 11/14/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Meeting with J. Waller to discuss license transer issues related to various software systems and other licences that needed to be transferred to the buyer and any related costs for license transfers | 0.60 | **4-2** |
| 11/15/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Numerous phone calls with with successful buyer - Black Eagle Partners / Rockford Acquisition LLC - Principal Harry Watson, Principal Garrett Kanehann, and Greg Janus related to pre-closing issues | 1.80 | **4-2** |
| 11/15/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Numerous phone calls with with successful buyer - Black Eagle Partners / Rockford Acquisition LLC - Principal Harry Watson, Principal Garrett Kanehann, and Greg Janus related to pre-closing issues | 1.80 | **4-2** |

| Date | Consultant | Description | Time | Category |
|---|---|---|---|---|
| 11/15/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Numerous phone calls with with successful buyer - Black Eagle Partners to discuss closing day issues, working capital adjustment, payroll, utility, and tax accruals, work w/ B. Norquist and D. Wells to finalize numbers, research steel vendor deposits further, etc. | 5.80 | 4-2 |
| 11/15/2007 | CDT | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - more phone calls w/ Black Eagle Partners G. Janus, D. Wells, and B. Norquist to set up work product for working capital adjustment, discuss timing of reports being run overnight to get final numbers, discuss potential changes to analysis relative to forecast from last night, agree to come in at 4:00am to work on final working capital analysis. | 3.20 | 4-2 |
| 11/15/2007 | RFP | Prepare the working capital adjustment - required for evaluation of deal structure and to evaluate the ability to pay off the senior secured lender entirely - they will not release their liens if not | 2.30 | 4-2 |
| 11/16/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Phone call with successful buyer - Black Eagle Partners / Rockford Acquisition LLC - Damage control from an accidental e-mail sent by Jim Nugent (Financial advisor to the Unsecured Creditors Committee) to Garrett Kanehann - Incorrect perception of the intent of the e-mail - buyer very angry and includes Greg Janus from Black Eagle into the call - discuss and work through all of their issues | 0.50 | 4-2 |
| 11/16/2007 | CRG | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Meeting with successful buyer - Black Eagle Partners / Rockford Acquisition LLC - Damage control from an accidental e-mail sent by Jim Nugent (Financial advisor to the Unsecured Creditors Committee) to Garrett Kanehann - Incorrect perception of the intent of the e-mail - buyer very angry - Phone call from Harry Watson over the same issue - try to difuse the issues | 0.60 | 4-2 |
| 11/16/2007 | CDT | Marketing/Sale of Assets - start at 4 a.m. to run working capital reports w/ B. Norquist and work through results to reconcile differences w/ B. Norquist and D. Wells relative to rollforward projected yesterday. | 3.20 | 4-2 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/16/2007 | CDT | Marketing/Sale of Assets - multiple calls w/ buyer Black Eagle to review working capital adjustment and subsequent waterfall analysis; discuss change in a/r, explain Dorman check, explain change in deposits w/ steel vendors, changes in inventory, discuss accruals, etc. | 2.00 | 4-2 |
| 11/16/2007 | CDT | Marketing/Sale of Assets - work with all constituencies to resolve waterfall shortfall for professionals, finalize payoff amount to senior lender Bridge Finance Group, work through payoff letter issues, have conference call to finalize all parties are ok w/ waterfall, interrupt conf call to discuss numbers w/ committee financial advisor who would not sign off on numbers, resolve that, confirm on conference call wires were ready to fly. | 6.30 | 4-2 |
| 11/16/2007 | RFP | Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities - Meeting with successful buyer - Black Eagle Partners / Rockford Acquisition LLC - Damage control from an accidental e-mail sent by Jim Nugent (Financial advisor to the Unsecured Creditors Committee) to Garrett Kanehann - Incorrect perception of the intent of the e-mail - buyer very angry - Phone call from Harry Watson over the same issue - try to difuse the issues | 0.60 | 4-2 |
| 11/27/2007 | CDT | Marketing/Sale of Assets - Review post-closing working capital adjustment and closing balance sheet provided by buyer Black Eagle Partners. | 0.80 | 4-2 |
| 11/27/2007 | CDT | Marketing/Sale of Assets - call with G. Kannehan and G. Janus of Black Eagle Partners to review and understand basis for working capital adjustments. | 0.70 | 4-2 |
| 11/28/2007 | CDT | Call w/ B. Norquist to ask questions regarding the closing balance sheet - understand various numbers such as outstanding checks, revolver balance, accrued payroll, etc. | 0.50 | 4-2 |
| | | **Meetings and Telephone Contacts with Prospective Buyers, Due Diligence Activities** | **192.80** | |
| 11/6/2007 | CDT | Read various emails and respond; review questions from potential buyer answered by R. Perrone as well as analyses attached to email showing R. Burkhart's lower initial bid and why he was not selected as stalking horse. | 0.50 | 4-3 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/10/2007 | CDT | Call w/ C. Graff to update and strategize on Platinum's offer. | 0.30 | **4-3** |
| | | **Evaluation of Bids / Proposals** | 0.80 | |
| 11/12/2007 | CRG | Sec. 363 Auction of the Assets - Held at the offices of the counsel to the Debtors' - Two interested parties - Black Eagle Partners and Richard Burkhart - all day negotiations to determine the higher and better bid - higest and best - Black Eagle and the value increased by $500,000 monetary amount and $3.5 M intangible amount  7:00 AM to 5:30 PM - 10.50 Hours | 10.50 | **4-4** |
| 11/12/2007 | MAS | Sec. 363 Auction of the Assets - Held at the offices of the counsel to the Debtors' - Two interested parties - Black Eagle Partners and Richard Burkhart - all day negotiations to determine the higher and better bid - higest and best - Black Eagle and the value increased by $500,000 monetary amount and $3.5 M intangible amount  7:00 AM to 5:30 PM - 10.50 Hours | 10.50 | **4-4** |
| 11/12/2007 | CDT | Sec. 363 Auction of the Assets - Held at the offices of the counsel to the Debtors' - Two interested parties - Black Eagle Partners and Richard Burkhart - all day negotiations to determine the higher and better bid - higest and best - Black Eagle and the value increased by $500,000 monetary amount and $3.5 M intangible amount  7:00 AM to 5:30 PM - 10.50 Hours | 10.50 | **4-4** |
| 11/12/2007 | RFP | Sec. 363 Auction of the Assets - Held at the offices of the counsel to the Debtors' - Two interested parties - Black Eagle Partners and Richard Burkhart - all day negotiations to determine the higher and better bid - higest and best - Black Eagle and the value increased by $500,000 monetary amount and $3.5 M intangible amount | 7.90 | **4-4** |
| 11/15/2007 | MAS | Sec. 363 Auction of the Assets - Court Approval of the buyer (attended via conference call), the procedures and that the sale was in the best interests of the Estate; | 3.10 | **4-4** |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/15/2007 | CRG | Sec. 363 Auction of the Assets - Court Approval of the buyer, the procedures and that the sale was in the best interests of the Estate; assist related to questions by parties objecting; have consultant R. Perrone work directly with several lessors to review his computer worksheets to help overcome their objections | 3.10 | **4-4** |
| 11/15/2007 | CDT | Call w/ C. Graff to discuss his testimony today, answer questions about history of sale process, give details on number of prospective buyers spoken to pre and post petition. | 0.60 | **4-4** |
| 11/15/2007 | RFP | Sec. 363 Auction of the Assets - Attend hearing to approve the sale of the Cold Formed Division in Chicago Bankruptcy court, assist with the resolution of issues related to cure costs with various leases and assist attorneys (D. Dresser and A. Darcy) who raised objections with respect to leases to reconcile which leases were being assumed and rejected | 3.10 | **4-4** |
| | | Sec. 363 Auction of the Assets | **49.30** | |
| 11/1/2007 | CDT | Travel - Billable | 0.60 | **5-1** |
| 11/1/2007 | CDT | Travel - Billable | 0.50 | **5-1** |
| 11/2/2007 | MAS | Travel - Billable | 0.60 | **5-1** |
| 11/5/2007 | CDT | Travel - Billable | 0.70 | **5-1** |
| 11/5/2007 | CDT | Travel - Billable | 0.50 | **5-1** |
| 11/5/2007 | RFP | Travel - Billable | 0.60 | **5-1** |
| 11/6/2007 | CDT | Travel - Billable | 0.70 | **5-1** |
| 11/6/2007 | CDT | Travel - Billable | 0.50 | **5-1** |

| Date | Consultant | Description | Time | Category |
|------|------------|-------------|------|----------|
| 11/7/2007 | CDT | Travel - Billable | 0.50 | 5-1 |
| 11/7/2007 | MAS | Travel - Billable | 0.50 | 5-1 |
| 11/7/2007 | CDT | Travel - Billable | 0.50 | 5-1 |
| 11/8/2007 | CDT | Travel - Billable | 0.50 | 5-1 |
| 11/8/2007 | CDT | Travel - Billable | 0.50 | 5-1 |
| 11/8/2007 | RFP | Travel - Billable | 0.60 | 5-1 |
| 11/9/2007 | RFP | Travel - Billable | 0.90 | 5-1 |
| 11/13/2007 | CDT | Travel - Billable | 0.50 | 5-1 |
| 11/13/2007 | CDT | Travel - Billable | 0.50 | 5-1 |
| 11/13/2007 | RFP | Travel - Billable | 0.50 | 5-1 |
| 11/14/2007 | CDT | Travel - Billable | 0.50 | 5-1 |
| 11/14/2007 | CDT | Travel - Billable | 0.50 | 5-1 |
| 11/15/2007 | CDT | Travel - Billable | 0.50 | 5-1 |
| 11/15/2007 | RFP | Travel - Billable to court hearing | 1.60 | 5-1 |
| 11/16/2007 | MAS | Travel - Billable | 1.10 | 5-1 |

| Date | Consultant | Description | Time | Category |
|------|-----------|-------------|------|----------|
| 11/16/2007 | CDT | Travel - Billable | 0.50 | 5-1 |
| 11/16/2007 | RFP | Travel - Billable | 0.40 | 5-1 |
| 11/16/2007 | RFP | Travel - Billable | 0.90 | 5-1 |
| | | Travel | 16.20 | |
| 11/5/2007 | CRG | Case Administration - Request by counsel to the Debtors' to attend Bankruptcy Court hearing today related to objections to the APA | 1.40 | 5-2 |
| 11/5/2007 | MAS | Case Administration - Request by counsel to the Debtors' to attend Bankruptcy Court hearing today related to objections to the APA. **Participate by telephone.** | 1.40 | 5-2 |
| 11/5/2007 | CDT | Case Administration - Request by counsel to the Debtors' to attend Bankruptcy Court hearing today related to objections to the APA | 1.40 | 5-2 |
| | | Case Administration | 4.20 | |
| 11/13/2007 | CDT | Monthly Statement Preparation for October, 2007 | 1.80 | 5-3 |
| 11/19/2007 | CRG | Fee Application Preparation - Start the 1st Interim Fee Application for Silverman Consulting | 8.20 | 5-3 |
| 11/19/2007 | RFP | Monthly Statement Preparation for October, 2007 | 0.40 | 5-3 |
| 11/20/2007 | MAS | Fee Application Preparation - Review the draft of the 1st Interim Fee Application produced by C. Graff - Provide adjustments to the narrative / other changes | 2.20 | 5-3 |
| 11/20/2007 | CRG | Fee Application Preparation - Complete the 1st Interim Fee Application for Silverman Consulting | 7.80 | 5-3 |
| | | Fee Application Preparation | 20.40 | |
| | | Total - November, 2007 | 398.80 | |