IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 07 B 71768 |
| ) | Jointly Administered |
| ROCKFORD PRODUCTS ) | |
| CORPORATION, *et al.*,[1] ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | Hon. Manuel Barbosa |

### ORDER APPROVING SECOND AND FINAL APPLICATION OF MESIROW FINANCIAL CONSULTING, LLC, AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND LIMITED NOTICE

Upon consideration of the second and final application (the "Second and Final Application")[2] of Mesirow Financial Consulting, LLC requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2002(a)(6), 2002(i) and 2016(a) for the allowance and payment of compensation for professional services rendered and reimbursement of expenses incurred between August 3, 2007 and December 16, 2007 (the "Final Application Period") and approval of limited notice of the Second and Final Application; due and proper notice of the Second and Final Application having been provided; it appearing that there is good cause to grant the relief requested; and there being no objection to the relief requested; it is hereby ORDERED:

1. The Second and Final Application is granted.

2. MFC is allowed $29,845 in interim compensation for the Application Period.

---

[1] The Debtors consist of: Rockford Products Corporation and Rockford Products Global Services, Inc.
[2] Capitalized terms used herein and not otherwise defined shall have those meanings set forth in the Application.

3. MFC is finally allowed $231,519.56 for the period from August 3, 2007 through December 16, 2007, representing $230,713 for fees and $806.56 for expenses.

4. The application of those amounts previously paid to MFC and applied against the interim compensation and expenses in accordance with the Administrative Order in the amount $211,078.68 are hereby approved.

5. The additional amount due and owing to MFC shall be payable from the Original Carve-Out or the Additional Carve-Out or, to the extent that there are not sufficient monies remaining from the Original Carve-Out or the Additional Carve-Out, allowed and paid as an administrative expense in the Case.

6. The limited notice of the Second and Final Application is hereby approved as appropriate under the circumstances.

Dated:_____

_____
United States Bankruptcy Judge