IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07-71768 |
| | ) | Chapter 7 |
| ROCKFORD PRODUCTS CORP., et al.[1], | ) | |
| | ) | Hon. Manuel Barbosa |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**ORDER APPROVING SECOND INTERIM AND FINAL APPLICATION OF
GREENBERG TAURIG, LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR THE ALLOWANCE AND PAYMENT
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND
<u>LIMITED NOTICE OF THE APPLICATION</u>**

Upon the second and final application (the "**Final Application**")[2] of Greenberg Traurig, LLP ("**Greenberg Traurig**") for allowance of attorneys' fees and reimbursement of expenses incurred by the firm in connection with its representation of the Official Committee of Unsecured Creditors appointed in the Chapter 11 case of Rockford Products (the "**Committee**") requesting the entry of an Order (a) for interim allowance and payment of compensation in the amount of $61,689.50 and expenses in the amount of $134.02 incurred in connection with services rendered to the Committee during the time period beginning November 1, 2007 and ending December 16, 2007 (the "**Second Interim Period**"); (b) for final approval and allowance of fees in the amount of $324,408.00[3] and expenses in the amount of $4,766.74 incurred during the time period beginning August 1, 2007 through February 20, 2008 (the "**Final Application**

---

[1] The Debtors consist of: Rockford Products Corporation and Rockford Products Global Services, Inc.

[2] Capitalized terms used herein and not otherwise defined shall have those meanings set forth in the Application.

[3] The total amount of fees requested for the Final Application Period includes fees in the amount of $2,718.00 incurred in January 2008 in connection with the preparation and filing of the Final Application, and estimated fees of $480.00 to be incurred in February 2008 in connection with preparation for and attendance at the hearing on the Final Application.

*CHI 56966168v1 1/29/2008*

**Period**"); and (c) approving limited notice of this Application; due and proper notice of the Final Application having been provided; it appearing the there is good cause to grant the relief requested; it is hereby ORDERED THAT:

1.  The Final Application is granted.

2.  Greenberg Traurig is allowed $61,689.50 in interim compensation for the Second Interim Period.

3.  Greenberg Traurig is allowed $134.02 in interim expense reimbursements for the Second Interim Period.

4.  The application of those amounts previously paid to Greenberg Traurig and applied against the interim compensation and expenses in accordance with the Compensation Procedures Order in the amount $50,965.44 are hereby approved.

5.  The additional amount of $10,858.08 due and owing to Greenberg Traurig shall be payable from the Original Carve-Out or the Additional Carve-Out or, to the extent that there are not sufficient monies remaining from the Original Carve-Out or the Additional Carve-Out, allowed and paid as an administrative expense in these cases.

6.  Greenberg Traurig is granted final approval of fees in the amount of $324,408.00 and expenses in the amount $4,766.74 incurred during the Final Application Period, based on its representation that the actual amount of fees incurred equals or exceeds the estimated fees for February 2008 requested in the Final Application.

7.  The limited notice of the Final Application is hereby approved as appropriate under the circumstances.

Dated:_____

_____
United States Bankruptcy Judge

*CHI 56966168v1 1/29/2008*    2