## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROCKFORD PRODUCTS | § | Case No. 07-71768 |
| CORPORATION | § | |
| | § | |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/09/2017 in Courtroom 3100,

United States Bankruptcy Court
327 S. Church St.
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/06/2016 _____         By: _____

*DANIEL M. DONAHUE*
*6735 VISTAGREEN WAY*
*ROCKFORD, IL 61107*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| ROCKFORD PRODUCTS CORPORATION | §    Case No. 07-71768 |
| | § |
| | § |
| Debtor | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of  $  1,429,285.98

and approved disbursements of  $  531,335.45

leaving a balance on hand of[1]  $  897,950.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010 | North Mill Equipment Finance LLC | $ 428,673.99 | $ 428,673.99 | $ 0.00 | $ 0.00 |
| 000059 | UPS Supply Chain Solutions, Inc. | $ 100,000.00 | $ 100,000.00 | $ 0.00 | $ 0.00 |
| 000087 | HI TEMP LLC | $ 31,901.49 | $ 31,901.49 | $ 0.00 | $ 0.00 |
| 000116 | INDEPENDENT CAPTIAL GROUP | $ 27,204.56 | $ 27,204.56 | $ 0.00 | $ 0.00 |
| 000117 | INDEPENDENT CAPITAL GROUP | $ 52,356.75 | $ 52,356.75 | $ 0.00 | $ 0.00 |
| 000118 | EURO LEASING LLC | $ 195,399.32 | $ 195,399.32 | $ 0.00 | $ 0.00 |
| 000119 | EURO LEASING LLC | $ 46,876.72 | $ 46,876.72 | $ 0.00 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000157 | BRIDGE OPPORTUNITY FINANCE LLC & BRIDGE | $ 19,009,064.76 | $ 19,009,064.76 | $ 0.00 | $ 0.00 |
| 000160 | CENTER CAPITAL CORPORATION | $ 520,875.11 | $ 520,875.11 | $ 0.00 | $ 0.00 |
| 000202 | USA CARBIDE TOOLING | $ 66,554.92 | $ 66,554.92 | $ 0.00 | $ 0.00 |
| 000205 | AFCO CREDIT CORPORATION | $ 44,803.74 | $ 44,803.74 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                                   $            0.00

Remaining Balance                                                       $      897,950.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 66,130.29 | $ 0.00 | $ 66,130.29 |
| Trustee Expenses: DANIEL M. DONAHUE | $ 19,207.90 | $ 19,000.00 | $ 207.90 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 180,468.00 | $ 154,923.00 | $ 25,545.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 1,683.40 | $ 1,449.69 | $ 233.71 |
| Accountant for Trustee Fees: WIPFLI, LLP | $ 29,636.50 | $ 23,650.25 | $ 5,986.25 |
| Fees: US TRUSTEE | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 1,544.14 | $ 1,544.14 | $ 0.00 |
| Other: RECEIVABLE MANAGEMENT SERVICES | $ 266,303.38 | $ 266,303.38 | $ 0.00 |
| Other: UPS Supply Chain Solutions, Inc. | $ 29,826.54 | $ 0.00 | $ 29,826.54 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 2,460.97 | $ 2,460.97 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: US TRUSTEE | $ 250.00 | $ 0.00 | $ 250.00 |

Total to be paid for chapter 7 administrative expenses        $        138,179.69

Remaining Balance        $        759,770.84


Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: AMCORE BANK AS TRUSTEE OF, TRUST NO 95 | $ 10,949.64 | $ 0.00 | $ 10,949.64 |
| Other: AMCORE BANK AS TRUSTEE, OF TRUST NO 96 | $ 796.53 | $ 0.00 | $ 796.53 |
| Other: Charter Steel, a Div. of Charter Mfg | $ 458,762.03 | $ 0.00 | $ 458,762.03 |
| Other: PENSION BENEFIT GUARANTY CORPORATION | $ 33,318.00 | $ 0.00 | $ 33,318.00 |

Total to be paid for prior chapter administrative expenses        $        503,826.20

Remaining Balance        $        255,944.64


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 60,280.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000053 | RALPH SCHMIDT | $ 0.00 | $ 0.00 | $ 0.00 |
| 000089 | GEORGE T. BELT | $ 0.00 | $ 0.00 | $ 0.00 |
| 000090 | STRANG, FRED I | $ 0.00 | $ 0.00 | $ 0.00 |
| 000096 | WHITAKER, JAMES E | $ 0.00 | $ 0.00 | $ 0.00 |
| 000122A | INTERNAL REVENUE SERVICE | $ 100.00 | $ 0.00 | $ 100.00 |
| 000193A | INTERNAL REVENUE SERVICE | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| 000203 | DAVID S. JORDAN | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000245 | BERENS, RONALD W | $ 0.00 | $ 0.00 | $ 0.00 |
| 000251 | TUFLY, TERRY D | $ 0.00 | $ 0.00 | $ 0.00 |
| 000253 | LARRY L. BROWN | $ 0.00 | $ 0.00 | $ 0.00 |
| 000292 | JOEL ROSE | $ 0.00 | $ 0.00 | $ 0.00 |
| 000356B | PENSION BENEFIT GUARANTY CORPORATION | $ 55,180.00 | $ 0.00 | $ 55,180.00 |

Total to be paid to priority creditors $ 60,280.00

Remaining Balance $ 195,664.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,806,810.41  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | INDUCTION HEAT TREATING CORP | $ 279,209.14 | $ 0.00 | $ 1,219.26 |
| 000004 | UNITED STATES PLASTIC CORP | $ 314.86 | $ 0.00 | $ 1.37 |
| 000005 | CAMCAR LLC | $ 22,623.64 | $ 0.00 | $ 98.80 |
| 000007 | CHICAGO HARDWARE & FIXTURE COMPANY | $ 14,434.20 | $ 0.00 | $ 63.03 |
| 000008 | TIMOTHY J. ROLLINS | $ 6,697.63 | $ 0.00 | $ 29.25 |
| 000009 | ELECTROHONE TECHNOLOGIES | $ 649.00 | $ 0.00 | $ 2.83 |
| 000012 | KANEBRIDGE CORP | $ 10,649.30 | $ 0.00 | $ 46.51 |
| 000014 | IKO INTERNATIONAL INC | $ 199.22 | $ 0.00 | $ 0.87 |
| 000016 | PATHWAYS EAP | $ 4,684.64 | $ 0.00 | $ 20.46 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | CABLE TIE EXPRESS | $ 0.00 | $ 0.00 | $ 0.00 |
| 000018 | REED MACHINERY INC | $ 400.00 | $ 0.00 | $ 1.75 |
| 000020 | HORIZON DISTRIBUTORS INC | $ 16,710.00 | $ 0.00 | $ 72.97 |
| 000021 | ADVANCED MAINTENANCE SERVICE | $ 107,498.74 | $ 0.00 | $ 469.43 |
| 000022 | REGIONAL ACCESS & MOBILIZATION | $ 80.00 | $ 0.00 | $ 0.35 |
| 000024 | JESSUP ENG INC | $ 382.41 | $ 0.00 | $ 1.67 |
| 000025 | EDWARDS MEDICAL SUPPLY | $ 622.03 | $ 0.00 | $ 2.72 |
| 000026 | CARTRIDGE WORLD ROCKFORD | $ 1,867.42 | $ 0.00 | $ 8.15 |
| 000027 | GROVES & SIVERTS | $ 0.00 | $ 0.00 | $ 0.00 |
| 000028 | THE ROYAL GROUP | $ 796.93 | $ 0.00 | $ 3.48 |
| 000029 | ALLIED PRODUCTION DRILLING | $ 36,677.50 | $ 0.00 | $ 160.17 |
| 000030 | TOOLAMATION INC | $ 65,211.60 | $ 0.00 | $ 284.77 |
| 000033 | PICTURE HANG SOLUTIONS | $ 12,448.68 | $ 0.00 | $ 54.36 |
| 000034 | INFORM GRAPHICS | $ 318.72 | $ 0.00 | $ 1.39 |
| 000035 | FINE ARTS ENGRAVING CO | $ 163.55 | $ 0.00 | $ 0.71 |
| 000036 | REYNOLDS MACHINE TOOL | $ 3,687.21 | $ 0.00 | $ 16.10 |
| 000037 | CLIFF SOPER CO INC | $ 20,695.20 | $ 0.00 | $ 90.37 |
| 000038 | PEOPLES ENERGY SERVICES | $ 212,560.45 | $ 0.00 | $ 928.22 |
| 000039 | WEBER MARKING SYSTEMS | $ 22,627.19 | $ 0.00 | $ 98.81 |
| 000040 | EMPIRE ABRASIVE EQUIPMENT | $ 9,197.32 | $ 0.00 | $ 40.16 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000041 | E/M COATING SERVICES | $ 32,653.47 | $ 0.00 | $ 142.59 |
| 000042 | ACE DRILL CORPORATION | $ 7,351.18 | $ 0.00 | $ 32.10 |
| 000043 | JV TECHNOLOGIES | $ 685.00 | $ 0.00 | $ 3.00 |
| 000044 | E/M COATING SERVICES | $ 18,791.72 | $ 0.00 | $ 82.06 |
| 000045 | IRCON INC | $ 1,527.64 | $ 0.00 | $ 6.67 |
| 000046 | WEBCO MACHINE TOOL | $ 1,000.00 | $ 0.00 | $ 4.37 |
| 000049 | ARAMARK UNIFORM SERVICES | $ 38,720.80 | $ 0.00 | $ 169.09 |
| 000051 | IMPRESSIONS MFG & CONSULTING | $ 2,606.58 | $ 0.00 | $ 11.38 |
| 000052 | CON-WAY FREIGHT | $ 16,365.00 | $ 0.00 | $ 71.46 |
| 000054 | HANSEN SALES INC | $ 4,770.59 | $ 0.00 | $ 20.83 |
| 000055 | I&C INSPECTIONS | $ 3,686.88 | $ 0.00 | $ 16.10 |
| 000056 | BRYCE FASTENER | $ 6,647.20 | $ 0.00 | $ 29.03 |
| 000058 | MIYANO MACHINERY USA OMC | $ 20,285.00 | $ 0.00 | $ 88.58 |
| 000060 | UPS Supply Chain Solutions, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000061 | UPS Supply Chain Solutions, Inc. | $ 337,542.66 | $ 0.00 | $ 1,474.00 |
| 000063 | PROGRESSIVE STEEL TREATING INC | $ 60,511.93 | $ 0.00 | $ 264.25 |
| 000066 | WORKFLOW ONE | $ 11,062.38 | $ 0.00 | $ 48.31 |
| 000068 | RYDER TRUCK RENTAL INC | $ 10,373.13 | $ 0.00 | $ 45.30 |
| 000069 | RYDER TRUCK RENTAL INC | $ 54,115.64 | $ 0.00 | $ 236.31 |
| 000070 | A-L-L EQUIPMENT INC | $ 1,934.48 | $ 0.00 | $ 8.45 |
| 000071 | TFT GLOBAL INC | $ 909.48 | $ 0.00 | $ 3.97 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000072 | PRODUCT ACTION INTERNATIONAL | $ 20,877.57 | $ 0.00 | $ 91.17 |
| 000075 | TRUARC COMPANY LLC | $ 3,907.50 | $ 0.00 | $ 17.06 |
| 000076 | M & M PALTECH INC | $ 56,755.15 | $ 0.00 | $ 247.84 |
| 000077 | FESTO CORP | $ 143.40 | $ 0.00 | $ 0.63 |
| 000078 | WW GRAINGER INC | $ 45,878.97 | $ 0.00 | $ 200.35 |
| 000079 | OSG TAP & DIE INC | $ 1,301.57 | $ 0.00 | $ 5.68 |
| 000081 | HIGH ENERGY CORP | $ 3,003.55 | $ 0.00 | $ 13.12 |
| 000082 | INDUCTION SERVICES INC | $ 13,659.42 | $ 0.00 | $ 59.65 |
| 000083 | ELECTRODES INC | $ 1,075.80 | $ 0.00 | $ 4.70 |
| 000084 | A FIRE EXTINGUISHER & SALES | $ 16,838.37 | $ 0.00 | $ 73.53 |
| 000085 | FERRELLGAS | $ 14,302.34 | $ 0.00 | $ 62.45 |
| 000086 | ANNIS CLARK | $ 0.00 | $ 0.00 | $ 0.00 |
| 000088 | ABNEY, STEVEN W | $ 241.64 | $ 0.00 | $ 1.06 |
| 000091 | AMERICAN FAST FREIGHT | $ 1,979.02 | $ 0.00 | $ 8.64 |
| 000092 | JUST IN TIME LLC | $ 99,876.63 | $ 0.00 | $ 436.15 |
| 000095 | KELLEY WILLIAMSON COMPANY | $ 7,074.50 | $ 0.00 | $ 30.89 |
| 000098 | A MOVABLE FEAST LTD | $ 1,524.77 | $ 0.00 | $ 6.66 |
| 000100 | BELMONT PLATING | $ 37,465.13 | $ 0.00 | $ 163.60 |
| 000101 | CERTIFIED LABORATORIES | $ 1,875.99 | $ 0.00 | $ 8.19 |
| 000102 | BURR PEST CONTROL SVS | $ 883.84 | $ 0.00 | $ 3.86 |
| 000103 | CONSUMABLE SUPPLIES LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000106 | KADON SCREW MACHINE PRODUCTS | $ 178,000.00 | $ 0.00 | $ 777.30 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000107 | BLAKE CO | $ 483.12 | $ 0.00 | $ 2.11 |
| 000108 | ADVANCED FASTENING SUPPLY INC | $ 14,687.68 | $ 0.00 | $ 64.14 |
| 000109 | ROSE TECH INDUSTRIES | $ 45,510.00 | $ 0.00 | $ 198.74 |
| 000110 | JAMES MOSELEY | $ 0.00 | $ 0.00 | $ 0.00 |
| 000112 | WHITAKER JR, ROBERT | $ 0.00 | $ 0.00 | $ 0.00 |
| 000114 | INDUSTRIAL STEEL TREATING | $ 75,412.04 | $ 0.00 | $ 329.31 |
| 000120 | GLEASON CUTTING TOOLS | $ 24,211.76 | $ 0.00 | $ 105.73 |
| 000121 | INTEGRATED MACHINERY SYSTEMS | $ 6,918.04 | $ 0.00 | $ 30.21 |
| 000122B | INTERNAL REVENUE SERVICE | $ 2,215.59 | $ 0.00 | $ 9.68 |
| 000123 | CDW CORPORATION | $ 5,179.36 | $ 0.00 | $ 22.61 |
| 000124 | STENSTROM EXCAVATION & BLACKTOP INC | $ 22,983.50 | $ 0.00 | $ 100.37 |
| 000125 | VIRCHOW KRAUSE & COMPANY | $ 32,515.63 | $ 0.00 | $ 141.99 |
| 000127 | ALLIED ELECTRONICS | $ 124.01 | $ 0.00 | $ 0.54 |
| 000129 | VEOLIA ENVIRONMENTAL SVCS FKA ONYX | $ 10,851.75 | $ 0.00 | $ 47.39 |
| 000131 | ADT SECURITY SERVICES | $ 4,467.84 | $ 0.00 | $ 19.51 |
| 000132 | ARNOLD LUNDGREN & ASSOCIATES | $ 20,240.95 | $ 0.00 | $ 88.39 |
| 000133 | PEARSON, RAYMOND L | $ 67,850.37 | $ 0.00 | $ 296.29 |
| 000135 | RAYNOR DOOR AUTHORITY | $ 3,688.00 | $ 0.00 | $ 16.10 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000136 | CHIN JAAN SCREW INDUSTRIAL CO LTD | $ 101,724.40 | $ 0.00 | $ 444.22 |
| 000137 | STRAIGHT SHOT LOGISTICS | $ 1,633.42 | $ 0.00 | $ 7.13 |
| 000138 | CHEESEMAN TRUCKING INC | $ 73.10 | $ 0.00 | $ 0.32 |
| 000139 | Alliant Energy Resources, LLC | $ 620,000.00 | $ 0.00 | $ 2,707.45 |
| 000140 | Alliant Energy Resources, LLC | $ 1,044,304.39 | $ 0.00 | $ 4,560.32 |
| 000141 | CITICAPITAL COMMERCIAL LEASING CORP | $ 30,655.56 | $ 0.00 | $ 133.87 |
| 000142 | CITICAPITAL COMMERCIAL LEASING CORP | $ 231,474.52 | $ 0.00 | $ 1,010.81 |
| 000143 | HOT SHOT EXPRESS INC DBA STRAIGHT SHOT E | $ 10,132.47 | $ 0.00 | $ 44.25 |
| 000145 | BUEHLER LTD | $ 617.16 | $ 0.00 | $ 2.70 |
| 000146 | SIGNS NOW | $ 10,674.63 | $ 0.00 | $ 46.61 |
| 000148 | NEW UNISON CORPORATION | $ 77.49 | $ 0.00 | $ 0.34 |
| 000149 | WILLIAMS-MANNY INC | $ 10,370.00 | $ 0.00 | $ 45.28 |
| 000151 | K&C SERVICES INC | $ 720.00 | $ 0.00 | $ 3.14 |
| 000152 | MAGGIO AUTO & TRUCK CENTER | $ 565.00 | $ 0.00 | $ 2.47 |
| 000153 | FEDEX CUSTOMER INFORMATION SVCS | $ 2,301.26 | $ 0.00 | $ 10.05 |
| 000155 | LINDSTROM METRIC LLC | $ 31,169.95 | $ 0.00 | $ 136.11 |
| 000156 | BENEX CORPORATION | $ 492.93 | $ 0.00 | $ 2.15 |
| 000158 | TRY HOURS INC | $ 175.00 | $ 0.00 | $ 0.77 |
| 000161 | AT&T CORP | $ 16.08 | $ 0.00 | $ 0.07 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000162 | TREE CARE ENTERPRISES | $ 2,335.00 | $ 0.00 | $ 10.20 |
| 000163 | CARPENTER TECHNOLOGY CORP | $ 276,198.41 | $ 0.00 | $ 1,206.12 |
| 000164 | CLAS CARBIDE INC | $ 1,256.25 | $ 0.00 | $ 5.49 |
| 000165 | DUNN SAFETY PRODUCTS INC | $ 5,555.15 | $ 0.00 | $ 24.25 |
| 000167 | ISK INDUSTRIES | $ 27,010.52 | $ 0.00 | $ 117.95 |
| 000168 | FITZGERALD EQUIP CO | $ 26,298.50 | $ 0.00 | $ 114.84 |
| 000169 | UNITED PARCEL SERVICE | $ 26,126.73 | $ 0.00 | $ 114.09 |
| 000171 | SANDRAY PRECISION GRIND | $ 18,152.51 | $ 0.00 | $ 79.27 |
| 000172 | STANDARD REGISTER COMPANY | $ 10,062.23 | $ 0.00 | $ 43.94 |
| 000174 | CHEM-PLATE INDUSTRIES INC | $ 13,099.81 | $ 0.00 | $ 57.20 |
| 000175 | YELLOW TRANSPORTATION | $ 32,231.10 | $ 0.00 | $ 140.75 |
| 000176 | USF HOLLAND | $ 39,288.00 | $ 0.00 | $ 171.57 |
| 000177 | TRU-CUT PRODUCTION INC | $ 441,327.51 | $ 0.00 | $ 1,927.21 |
| 000178 | INDUCTION HEAT TREATING CORP | $ 279,209.14 | $ 0.00 | $ 1,219.26 |
| 000179 | ABF FREIGHT SYSTEM INC | $ 31,200.22 | $ 0.00 | $ 136.25 |
| 000180 | HEADER CRAFT CO | $ 33,721.00 | $ 0.00 | $ 147.25 |
| 000181 | ROGER E ARNOLD AS EXECUTOR OF ESTATE | $ 1,000.00 | $ 0.00 | $ 4.37 |
| 000182 | ROCKFORD INDUSTRIAL WELDING | $ 4,051.33 | $ 0.00 | $ 17.69 |
| 000185 | CYBERMETRICS CORPORATION | $ 558.00 | $ 0.00 | $ 2.44 |
| 000186 | KALT MFG CO | $ 54,535.00 | $ 0.00 | $ 238.15 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000187 | WIRETECH INC | $ 34,991.04 | $ 0.00 | $ 152.80 |
| 000189 | DUN & BRADSTREET | $ 17,130.45 | $ 0.00 | $ 74.81 |
| 000190 | HOPE INDUSTRIES | $ 53,303.56 | $ 0.00 | $ 232.77 |
| 000191 | INDUCTION COMPONENTS CORP | $ 3,255.00 | $ 0.00 | $ 14.21 |
| 000193B | INTERNAL REVENUE SERVICE | $ 1,593.79 | $ 0.00 | $ 6.96 |
| 000196 | GEORGE HEINEN | $ 0.00 | $ 0.00 | $ 0.00 |
| 000197 | HI-PERFORMANCE FASTENING SYSTEMS | $ 20,224.48 | $ 0.00 | $ 88.32 |
| 000198 | GRAPHIC SYSTEMS | $ 6,666.75 | $ 0.00 | $ 29.11 |
| 000199 | MIDAMERICAN ENERGY COMPANY | $ 304,841.44 | $ 0.00 | $ 1,331.20 |
| 000200 | INTERNAL REVENUE SERVICE | $ 1,593.79 | $ 0.00 | $ 6.96 |
| 000201 | PORTEOUS FASTENER COMPANY | $ 703,279.83 | $ 0.00 | $ 3,071.12 |
| 000204 | JP MORGAN | $ 77,726.00 | $ 0.00 | $ 339.42 |
| 000206 | BANK OF AMERICA N A | $ 40,863.27 | $ 0.00 | $ 178.44 |
| 000208 | GENERAL ELECTRIC CAPITAL CORPORATION | $ 67,117.30 | $ 0.00 | $ 293.09 |
| 000209 | NMHG FINANCIAL SERVICES INC | $ 388,152.54 | $ 0.00 | $ 1,695.00 |
| 000210 | HARTFORD FIRE INSURANCE COMPANY | $ 0.00 | $ 0.00 | $ 0.00 |
| 000211 | DISTRIBUTION DATA INC FREIGHT | $ 8,282.27 | $ 0.00 | $ 36.17 |
| 000215B | TRU-CUT PRODUCTION INC | $ 369,895.25 | $ 0.00 | $ 1,615.28 |
| 000216 | MCMASTER CARR SUPPLY CO | $ 8,265.04 | $ 0.00 | $ 36.09 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000218 | DAYTON FREIGHT LINES INC | $ 360.51 | $ 0.00 | $ 1.57 |
| 000219 | A1 AIR COMPRESSOR CORP | $ 1,345.47 | $ 0.00 | $ 5.88 |
| 000220 | NATIONWIDE GAGE | $ 2,525.00 | $ 0.00 | $ 11.03 |
| 000221 | GENERAL BINDING CORP | $ 230.17 | $ 0.00 | $ 1.00 |
| 000222 | MOTION INDUSTRIES | $ 51,058.16 | $ 0.00 | $ 222.96 |
| 000223 | BLACK BOX RESALE SERVICES | $ 167.00 | $ 0.00 | $ 0.73 |
| 000224 | L&S LABEL PRINTING | $ 2,906.71 | $ 0.00 | $ 12.69 |
| 000225 | HULSEBUS CHIROPRACTIC | $ 14,350.00 | $ 0.00 | $ 62.66 |
| 000226 | ASSURANCE TECHNOLOGIES | $ 378.75 | $ 0.00 | $ 1.66 |
| 000228 | POSTAGE MACHINE FP MAILING SOL | $ 242.48 | $ 0.00 | $ 1.06 |
| 000229 | CORPORATE SERVICES | $ 8,105.66 | $ 0.00 | $ 35.40 |
| 000230 | CPC LOGISTICS | $ 6,205.12 | $ 0.00 | $ 27.10 |
| 000231 | QUALITY TOOLS | $ 23,255.92 | $ 0.00 | $ 101.56 |
| 000232 | PROTECTION CONTROL INC | $ 500.54 | $ 0.00 | $ 2.18 |
| 000233 | LIEBOVICH STEEL & ALUMINUM CO | $ 6,601.66 | $ 0.00 | $ 28.83 |
| 000234 | ACD TRIDON | $ 55,775.00 | $ 0.00 | $ 243.56 |
| 000235 | CL SWANSON CORP | $ 8,770.62 | $ 0.00 | $ 38.30 |
| 000237 | DELTA ENGINEERING CORP | $ 395.00 | $ 0.00 | $ 1.72 |
| 000238 | MIDWEST FASTENER CORP | $ 123,624.98 | $ 0.00 | $ 539.85 |
| 000239 | CHEM PROCESSING INC | $ 34,355.80 | $ 0.00 | $ 150.03 |
| 000240 | IMPACT SALES | $ 1,293.00 | $ 0.00 | $ 5.65 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000241 | CABLE TIE EXPRESS | $ 970.35 | $ 0.00 | $ 4.24 |
| 000242 | PROCESS GRAPHICS DBA PG DISPLAY | $ 6,146.20 | $ 0.00 | $ 26.84 |
| 000243 | FAITHFUL ENGINEERING | $ 185,035.90 | $ 0.00 | $ 808.02 |
| 000244 | AMSAN LLC | $ 3,065.60 | $ 0.00 | $ 13.39 |
| 000246 | NORTH PARK RENTAL SVS INC | $ 1,385.31 | $ 0.00 | $ 6.05 |
| 000247 | HEYCO PRODUCTS | $ 3,553.00 | $ 0.00 | $ 15.51 |
| 000248 | SPIDER CO INC | $ 27,280.84 | $ 0.00 | $ 119.13 |
| 000249 | DLP COATINGS | $ 80.63 | $ 0.00 | $ 0.35 |
| 000250 | XL SCREW CORPORATION | $ 56,605.94 | $ 0.00 | $ 247.19 |
| 000254 | EMS INDUSTRIAL INC | $ 21,108.01 | $ 0.00 | $ 92.18 |
| 000255 | BRILLIANT GLOBAL DEVELOPMENT LTD | $ 140,983.99 | $ 0.00 | $ 615.66 |
| 000256 | EDM SALES & SUPPLIES | $ 205.11 | $ 0.00 | $ 0.89 |
| 000259 | ROCKFORD AIR DEVICES | $ 861.15 | $ 0.00 | $ 3.76 |
| 000260 | STERLING DIE INC | $ 127,675.52 | $ 0.00 | $ 557.54 |
| 000261 | TRIGO ENTERPRISES LTD | $ 28,723.22 | $ 0.00 | $ 125.43 |
| 000262 | ENGLEWOOD ELECTRIC SUPPLY | $ 9,786.16 | $ 0.00 | $ 42.73 |
| 000264 | TEST AMERICA LABORATORIES INC | $ 197.76 | $ 0.00 | $ 0.86 |
| 000265 | COCHRANE COMPRESSOR CO | $ 1,209.56 | $ 0.00 | $ 5.28 |
| 000266 | ARTHUR MACHINERY | $ 102,610.70 | $ 0.00 | $ 448.09 |
| 000267 | DURHAM MFG CO | $ 79,322.59 | $ 0.00 | $ 346.39 |
| 000268 | CANON FINANCIAL SERVICES INC | $ 24,271.43 | $ 0.00 | $ 105.99 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000269 | JONESVILLE PAPER TUBE CORP | $ 272.40 | $ 0.00 | $ 1.19 |
| 000270 | ITW SHAKEPROOF ASSELBLY COMPONENTS | $ 6,166.97 | $ 0.00 | $ 26.93 |
| 000271 | NEXUS OFFICE SYSTEMS INC | $ 6,902.94 | $ 0.00 | $ 30.14 |
| 000272B | AMCORE BANK AS TRUSTEE, OF TRUST NO 96 | $ 1,803.89 | $ 0.00 | $ 7.88 |
| 000273 | MORGAN O HARE INC | $ 3,435.51 | $ 0.00 | $ 15.00 |
| 000274 | CHRISTIANSEN INC | $ 21,117.00 | $ 0.00 | $ 92.22 |
| 000276 | OSG TAP + DIE INC | $ 1,301.57 | $ 0.00 | $ 5.68 |
| 000278 | SWH PRECISION INDUSTRIES INC | $ 196.21 | $ 0.00 | $ 0.86 |
| 000279B | AMCORE BANK AS TRUSTEE OF, TRUST NO 95 | $ 22,237.52 | $ 0.00 | $ 97.11 |
| 000280 | INDUSTRIAL ENERGY APPLICATIONS INC | $ 620,000.00 | $ 0.00 | $ 2,707.45 |
| 000281 | ABC UMFORMTECHNIK | $ 348,822.00 | $ 0.00 | $ 1,523.25 |
| 000282 | INDUSTRIAL ENERGY APPLICATIONS INC | $ 1,044,304.39 | $ 0.00 | $ 4,560.32 |
| 000283 | JOHN M DEAN INC | $ 435.60 | $ 0.00 | $ 1.90 |
| 000287 | WESBELL | $ 7,257.83 | $ 0.00 | $ 31.69 |
| 000289 | NATIONAL MACHINERY LLC | $ 13,182.76 | $ 0.00 | $ 57.57 |
| 000290 | BRIAN L. KOBISCHKA | $ 8,454.93 | $ 0.00 | $ 36.92 |
| 000293 | ANIMAL REMOVAL & MANAGEMENT | $ 110.00 | $ 0.00 | $ 0.48 |
| 000294 | ROSLER METAL FINISHING USA LLC | $ 8,048.18 | $ 0.00 | $ 35.15 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000295 | ABSOLUTE GRINDING & MFG | $ 17,516.50 | $ 0.00 | $ 76.49 |
| 000297 | CRUCIBLE STEEL CORP | $ 101,437.78 | $ 0.00 | $ 442.96 |
| 000299 | MIDWEST MAILWORKS INC | $ 318.97 | $ 0.00 | $ 1.40 |
| 000301 | TANNER INDUSTRIES | $ 4,689.44 | $ 0.00 | $ 20.48 |
| 000302 | J&M PLATING | $ 6,772.08 | $ 0.00 | $ 29.57 |
| 000303B | HEARTLAND SALES AND SERVICES INC | $ 38,721.38 | $ 0.00 | $ 169.09 |
| 000304 | MENASHA CORP | $ 156,583.29 | $ 0.00 | $ 683.78 |
| 000305 | JAY TRONICS INC | $ 1,416.73 | $ 0.00 | $ 6.19 |
| 000306 | ROCK RIVER WATER RECLAMATION | $ 18,033.88 | $ 0.00 | $ 78.75 |
| 000307 | ROCK RIVER WATER RECLAMATION | $ 38,062.34 | $ 0.00 | $ 166.21 |
| 000308 | CHUN MEN INDUSTRIAL CO LTD | $ 1,071,186.30 | $ 0.00 | $ 4,677.71 |
| 000309 | IRON MOUNTAIN INFORMATION MANAGEMENT INC | $ 1,286.28 | $ 0.00 | $ 5.62 |
| 000311 | THE ROCKFORD CO | $ 199,604.72 | $ 0.00 | $ 871.64 |
| 000312 | PRIME CORPORATE LEASING INC | $ 871.98 | $ 0.00 | $ 3.81 |
| 000313 | PRIME CORPORATE LEASING INC | $ 1,158.96 | $ 0.00 | $ 5.06 |
| 000314 | PRIME CORPORATE LEASING INC | $ 5,669.52 | $ 0.00 | $ 24.76 |
| 000315 | PRIME CORPORATE LEASING INC | $ 394.27 | $ 0.00 | $ 1.72 |
| 000316 | PRIME CORPORATE LEASING INC | $ 1,493.47 | $ 0.00 | $ 6.52 |
| 000317 | PRIME CORPORATE LEASING INC | $ 731.09 | $ 0.00 | $ 3.19 |
| 000318 | PRIME CORPORATE LEASING INC | $ 11,244.16 | $ 0.00 | $ 49.10 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000319 | PRIME CORPORATE LEASING INC | $ 8,590.23 | $ 0.00 | $ 37.51 |
| 000320 | PRIME CORPORATE LEASING INC | $ 14,703.97 | $ 0.00 | $ 64.21 |
| 000321 | PRIME CORPORATE LEASING INC | $ 3,403.95 | $ 0.00 | $ 14.87 |
| 000322 | PRIME CORPORATE LEASING INC | $ 1,536.41 | $ 0.00 | $ 6.71 |
| 000323 | PRIME CORPORATE LEASING INC | $ 11,770.61 | $ 0.00 | $ 51.40 |
| 000324 | PRIME CORPORATE LEASING INC | $ 9,376.04 | $ 0.00 | $ 40.94 |
| 000325 | BOCKER CHEVROLET INC | $ 568.55 | $ 0.00 | $ 2.48 |
| 000326 | SUB SOURCE INC | $ 3,000.00 | $ 0.00 | $ 13.10 |
| 000327 | NORTHERN MECHANICAL INC | $ 19,083.84 | $ 0.00 | $ 83.34 |
| 000328 | NELSON FIRE PROTECTION | $ 4,538.00 | $ 0.00 | $ 19.82 |
| 000329 | CITATION CORPORATION | $ 164,511.55 | $ 0.00 | $ 718.40 |
| 000330B | Charter Steel, a Div. of Charter Mfg | $ 1,055,122.64 | $ 0.00 | $ 4,607.56 |
| 000333 | DYNAMIC METALS INTERNATIONAL | $ 30,090.06 | $ 0.00 | $ 131.40 |
| 000336 | ROCKFORD FORMS & GRAPHICS | $ 2,849.18 | $ 0.00 | $ 12.44 |
| 000337 | VERIZON WIRELESS MIDWEST | $ 6,699.40 | $ 0.00 | $ 29.26 |
| 000339 | MIDWEST SCALE | $ 1,621.00 | $ 0.00 | $ 7.08 |
| 000341 | ST PAUL FIRE & MARINE INSURANCE COMP & | $ 0.00 | $ 0.00 | $ 0.00 |
| 000344 | CAPLUGS NIAGARA | $ 2,966.50 | $ 0.00 | $ 12.95 |
| 000347 | ENGMAN-TAYLOR CO INC | $ 721,441.45 | $ 0.00 | $ 3,150.43 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000349 | PENSION BENEFIT GUARANTY CORPORATION | $ 20,740,408.00 | $ 0.00 | $ 90,570.26 |
| 000352 | AMCORE BANK TR 96-12592 DONALD BALLARD | $ 174,966.00 | $ 0.00 | $ 764.05 |
| 000353 | AMCORE BANK TR 96-12592 DONALD BALLARD | $ 653,708.00 | $ 0.00 | $ 2,854.65 |
| 000354 | HENNEN & ASSOC | $ 1,366.55 | $ 0.00 | $ 5.97 |
| 000355 | PENSION BENEFIT GUARANTY CORPORATION | $ 2,736,789.52 | $ 0.00 | $ 11,951.15 |
| 000358B | ENTRE COMPUTER SOLUTIONS | $ 12,426.50 | $ 0.00 | $ 54.26 |
| 000359 | STERLING COMMERCE INC | $ 9,869.25 | $ 0.00 | $ 43.10 |
| 000360 | CINCINNATI TOOL STEEL CO | $ 130,802.14 | $ 0.00 | $ 571.19 |
| 000362 | Heico 2004 Member Inc | $ 13,000.00 | $ 0.00 | $ 56.77 |
| 000356C | PENSION BENEFIT GUARANTY CORPORATION | $ 5,462,304.00 | $ 0.00 | $ 23,853.06 |

Total to be paid to timely general unsecured creditors          $          195,664.64

Remaining Balance          $          0.00


Tardily filed claims of general (unsecured) creditors totaling $ 1,000.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).


Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000363 | Allilea Nelson | $ 1,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*6735 VISTAGREEN WAY*
*ROCKFORD, IL 61107*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.