UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ROCKFORD PRODUCTS CORPORATION | ) | CASE NO. 07-71768-TML |
| | ) | |
| Debtor(s). | ) | Hon. THOMAS M. LYNCH |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE THOMAS M. LYNCH

NOW COMES DANIEL M. DONAHUE, Trustee herein, pursuant to 11 U.S.C. §330, and requests $66,130.29 as compensation and $19,207.90 for reimbursement of expenses, $19,000.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $1,429,342.98. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $47,500.00 | ($47,500.00 max.) |
| 03% of balance | $12,880.29 | |
| | | |
| TOTAL COMPENSATION | $66,130.29 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                              $19,207.90

     The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 19th day of August, 2016.

                                  /s/ Daniel M. Donahue
                                DANIEL M. DONAHUE, Trustee
                                McGREEVY WILLIAMS
                                6735 VISTAGREEN WAY
                                ROCKFORD, IL 61107
                                (815) 639-3700
                                (815) 639-9400