UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROCKFORD PRODUCTS CORPORATION, | ) CASE NO. 07-71768-TML |
| | ) |
| Debtor(s) | ) |

**TRUSTEE'S APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES OF ACCOUNTANT**

TO:   THE HONORABLE BANKRUPTCY JUDGE

Daniel M. Donahue, Trustee submits this application for compensation for accountant, WIPFLI, LLP, pursuant to 11 U.S.C. §330 and FRBP 2016 and represents to the Court as follows:

1. This Court on March 7, 2012 authorized the employment of WIPFLI, LLP ("Accountant") to serve as accountant for the Trustee. Accountant has received $23,650.25 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $5,986.25 in compensation for services performed by Accountant for the period December 22, 2014 to the current date.

3. Attached as Exhibit "A" is an itemized statement of the legal services rendered and a description of the work performed by Accountant and actual expenses incurred by Special Counsel.

5. Based upon the nature, extent and value of the services performed by Accountant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

6. At all times during Accountant's employment, Accountant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to the matters on which Accountant was employed.

WHEREFORE, Applicant requests that WIPFLI, LLP it be awarded reasonable

compensation of $5,986.25 for accounting services rendered in this case.

                                                Respectfully Submitted,

Dated: August 18, 2016                 /s/ Daniel M. Donahue
                                          DANIEL M. DONAHUE, Trustee
                                          McGREEVY WILLIAMS
                                          P.O. BOX 2903
                                          ROCKFORD, IL  61132-2903
                                          (815) 639-3700

EXHIBIT A

**ROCKFORD PRODUCTS CORP. BANKRUPTCY**
**Client Number 405942**
**C/O DANIEL DONAHUE, TRUSTEE**

| Sub Cat | Service Description | Last Name | Date | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 1120 | 1120 Tax Notices/Correspondence | Johnson | 12/22/2014 | 1.50 | 175.00 | 262.50 |
|  | 1120 Tax Notices/Correspondence | Johnson | 12/23/2014 | 0.50 | 175.00 | 87.50 |
|  | 1120 Tax Notices/Correspondence | Johnson | 12/29/2014 | 0.25 | 175.00 | 43.75 |
|  | 1120 Tax Notices/Correspondence | Johnson | 5/30/2014 | 1.50 | 175.00 | 262.50 |
|  | Subtotal - Johnson | Johnson |  | 3.75 |  | 656.25 |

| Sub Cat | Service Description | Last Name | Date | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 1120 | 1120 Tax Notices/Correspondence | Stoltz | 2/4/2015 | 0.50 | 175.00 | 87.50 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 2/5/2015 | 0.50 | 175.00 | 87.50 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 2/24/2015 | 0.30 | 175.00 | 52.50 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 4/2/2015 | 0.40 | 175.00 | 70.00 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 4/20/2015 | 0.50 | 175.00 | 87.50 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 4/22/2015 | 1.00 | 175.00 | 175.00 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 4/30/2015 | 0.30 | 175.00 | 52.50 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 6/2/2015 | 1.20 | 175.00 | 210.00 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 7/10/2015 | 2.00 | 175.00 | 350.00 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 7/14/2015 | 0.50 | 175.00 | 87.50 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 7/15/2015 | 1.50 | 175.00 | 262.50 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 7/16/2015 | 1.00 | 175.00 | 175.00 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 7/17/2015 | 0.60 | 175.00 | 105.00 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 7/21/2015 | 3.50 | 175.00 | 612.50 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 1/4/2016 | 1.00 | 175.00 | 175.00 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 1/5/2016 | 1.50 | 175.00 | 262.50 |
|  | 1120 Meetings | Stoltz | 2/3/2016 | 0.50 | 175.00 | 87.50 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 2/9/2016 | 2.50 | 175.00 | 437.50 |
|  | 1120 Tax Notices/Correspondence | Stoltz | 3/1/2016 | 0.20 | 175.00 | 35.00 |
|  | Subtotal - Stoltz | Stoltz |  | 19.50 |  | 3,412.50 |

| Sub Cat | Service Description | Last Name | Date | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 1120 | 1120 Review | Paczak | 12/26/2014 | 1.00 | 325.00 | 325.00 |
|  | 1120 Consulting/Consultation | Paczak | 12/30/2014 | 1.00 | 325.00 | 325.00 |
|  | 1120 International Review | Paczak | 2/4/2015 | 0.30 | 325.00 | 97.50 |
|  | 1120 International Review | Paczak | 2/5/2015 | 0.50 | 325.00 | 162.50 |
|  | 1120 Tax Notices/Correspondence | Paczak | 2/11/2015 | 0.50 | 325.00 | 162.50 |
|  | 1120 Tax Notices/Correspondence | Paczak | 2/13/2015 | 0.20 | 325.00 | 65.00 |
|  | 1120 Tax Notices/Correspondence | Paczak | 4/21/2015 | 0.40 | 325.00 | 130.00 |
|  | 1120 Tax Notices/Correspondence | Paczak | 5/8/2015 | 0.50 | 325.00 | 162.50 |
|  | 1120 Client Consultation | Paczak | 5/27/2015 | 0.40 | 325.00 | 130.00 |
|  | 1120 Client Consultation | Paczak | 6/3/2015 | 0.50 | 325.00 | 162.50 |
|  | 1120 Tax Notices/Correspondence | Paczak | 7/16/2015 | 0.40 | 325.00 | 130.00 |
|  | 1120 Review | Paczak | 2/6/2016 | 0.20 | 325.00 | 65.00 |
|  | Subtotal - Paczak | Paczak |  | 5.90 |  | 1,917.50 |
|  | Summary total |  |  | 29.15 |  | 5,986.25 |
|  | **Actual Billing** |  |  |  |  | **5,986.25** |
|  | Wip write down for excess time |  |  |  |  | - |