UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROCKFORD PRODUCTS CORPORATION, | ) | Case No. 07-71768 |
| | ) | |
| Debtor | ) | |

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF WINNEBAGO | ) |

### AFFIDAVIT OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and state that I served the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR), Application of Trustee's Counsel for Compensation and Reimbursement of Expenses, and Trustee's Accountant Application for Compensation and Reimbursement of Expenses of Accountant,** attached hereto upon the within named:

SEE ATTACHED SERVICE LIST

by sealing a true and correct copy of same in an envelope, addressed as shown above, with sufficient United States postage and by depositing said envelope, so sealed and stamped, in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m., on the 7th day of December, 2016.

*Susan L. Meldrum*

Subscribed and sworn to before me this 7th day of December, 2016.

_____
NOTARY PUBLIC

Daniel M. Donahue
McGreevy Williams, PC
6735 Vistagreen Way
Rockford, IL 61107
815/639-3700

OFFICIAL SEAL
NANCY J. WATTERS
Notary Public, State of Illinois
My Commission Expires 04/16/18

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)KANSAS DEPARTMENT OF REVENUE<br>PO BOX 12005<br>TOPEKA KS 66601-3005 | A MOVABLE FEAST LTD<br>1641 N ALPINE RD<br>ROCKFORD, IL 61107-1451 |
| A-FIRE EXTINGUISHER SALES & SERV<br>616 S 6TH ST<br>ROCKFORD, IL 61104-3045 | A-L-L EQUIPMENT INC<br>8104 COMMERCIAL AVE<br>LOVES PARK, IL 61111-2705 | A1 AIR COMPRESSOR CORP<br>679 WINTHROP AVE<br>ADDISON, IL 60101-4491 |
| ABC UMFORMTECHNIK<br>C/O ATTORNEY BRADLEY T KOCH<br>800 N CHURCH ST<br>ROCKFORD, IL 61103-6919 | ABF FREIGHT SYSTEM INC<br>PO BOX 10048<br>FORT SMITH, AR 72917-0048 | ABNEY, STEVEN W<br>CRIB ATTENDANT A<br>3217 N CENTRAL AVE<br>ROCKFORD, IL 61101-1776 |
| ABSOLUTE GRINDING & MFG<br>GORDY ROSE<br>2400 11TH ST<br>ROCKFORD, IL 61104-7218 | ACD TRIDON<br>TERESA UMPHREY<br>PO BOX 102375<br>ATLANTA, GA 30368-2375 | ACE DRILL CORPORATION<br>PO BOX 160<br>ADRIAN, MI 49221-0160 |
| ADT SECURITY SYS INC<br>JIM JOHNSON<br>5943 E RIVERSIDE BLVD<br>ROCKFORD, IL 61114-4935 | ADVANCED FASTENING SUPPLY, INC.<br>JOE GRECO<br>3020 FOREST VIEW ROAD<br>ROCKFORD, IL 61109-1640 | ADVANCED MAINTENANCE SERVICE<br>1890 CHRYSLER DR<br>BELVIDERE, IL 61008-6027 |
| AFCO CREDIT CORPORATION<br>PO BOX 8440<br>KANSAS CITY, MO 64114-0440 | Alliant Energy Resources, LLC<br>200 First St., SE, POB 351<br>Cedar Rapids, IA 52406-0351 | ALLIED ELECTRONICS<br>CUST #01-01743<br>7410 PEBBLE DR<br>FORT WORTH, TX 76118-6961 |
| ALLIED PRODUCTION DRILLING<br>DON OLDHAM<br>4004 AUBURN ST<br>ROCKFORD, IL 61101-2505 | Allilea Nelson<br>c/o Kathleen Rizzo<br>335 Putnam Avenue<br>Woodstock, IL 60098-3739 | AMCORE BANK AS TRUSTEE<br>KURT M CARLSON<br>TISHLER & WALD LTD<br>200 S WACKER<br>STE 3000<br>CHICAGO, IL 60606-5815 |
| AMCORE BANK AS TTEE OF TRUST NO 96-12592<br>DONALD E BALLARD<br>4010 EAST STATE STREET<br>ROCKFORD, IL 61108-2046 | AMERICAN FAST FREIGHT<br>3502 LINCOLN AVE E<br>TACOMA, WA 98421-4399 | AMSAN LLC<br>ANNETTE FORD<br>PO BOX 3156<br>PEORIA, IL 61612-3156 |
| ANIMAL REMOVAL & MANAGEMENT<br>ELIZABETH M MULLEN<br>PO BOX 757<br>DURAND, IL 61024-0757 | ANNIS CLARK<br>4031 BRIARGATE DR<br>ROCKFORD, IL 61102-4559 | ARAMARK UNIFORM SERVICES<br>215 18TH AVE.<br>PO BOX 7177<br>ROCKFORD, IL 61126-7177 |
| ARNOLD LUNDGREN & ASSOC<br>ROBERT LUNDGREN<br>1234 FOURTH AVE.<br>PO BOX 4445<br>ROCKFORD, IL 61110-0945 | Arthur Machinery<br>P.O. Box 1033<br>Northbrook, IL 60065-1033 | ASSURANCE TECHNOLOGIES<br>1251 HUMBRACHT CIR<br>UNIT A<br>BARTLETT, IL 60103-1693 |

AT&T
ACCT 815 397-6001
BILL PAYMENT CENTER
SAGINAW, MI 48663-0003

BANK OF AMERICA N A
ATTN MR M-BK
1000 SAMOSET DR
DE5-023-03-03
NEWARK, DE 19713-6000

BELMONT PLATING
9145 KING ST
FRANKLIN PARK, IL 60131-2109

BELT, GEORGE T
TEAM LEADER (LBR GRP 9)
3628 CUTTY SARK RD
CHERRY VALLEY, IL 61016-9650

BENEX CORPORATION
GEORGE HOFFMANN
595 BLOSSOM RD
ROCHESTER, NY 14610-1825

BERENS, RONALD W
ORDER PULLER/PACKER/SORTER
3765 CAPRON
ROCKFORD, IL 61109-4507

BERNITA GROW TRUST
1950 WILL JAMES RD
ROCKFORD, IL 61109-4851

BLACK BOX RESALE SERVICES GROUP
KRIS MARCUS
7125 NORTHLAND TERRACE NORTH
SUITE 400
BROOKLYN PARK, MN 55428-1535

BLAKE CO
1135 CHARLES
ROCKFORD, IL 61104-1220

BOCKER CHEVROLET INC
BRADLEY T KOCH
800 N CHURCH STREET
ROCKFORD, IL 61103-6919

BRENDA MARLIN
634 SOUTHWEST SANSOM LANE
PORT ST. LUCIE, FL 34953-2966

BRENDA QUICK
5315 APPLETON AVENUE
JACKSONVILLE, FL 32210-3105

BRIAN L KOBISCHKA
MILLIKIN BENNING KLECKLER
6815 WEAVER ROAD, SUITE 100
ROCKFORD, IL 61114-8060

BRIDGE OPP FIN LLC & BRIDGE HEALTH
JEREMY M DOWNS ESQ
GOLDBERG KOHN BELL BLACK ROSENBLOOM
55 E MONROE ST. STE 3300
CHICAGO, IL 60603-5792

BRILLIANT GLOBAL DEVELOPMENT
PO BOX 236
AVON BY THE SEA, NJ 07717-0236

BROSKI, SUE
2606 HIGHCREST RD
ROCKFORD, IL 61107-1215

BROWN, GARY K
HT CONTINUOUS S/U OPRTR-A
2746 MARSHALL ST
ROCKFORD, IL 61109-1337

BUEHLER LTD
41 WAUKEGAN ROAD
LAKE BLUFF, IL 60044-1699

BURR PEST CONTROL SVS
DEBBIE DAVENPORT
1649 CHARLES ST
ROCKFORD, IL 61104-2404

CABLE TIE EXPRESS
DOUG / CHAR COOPER
15470 ENDEAVOR DRIVE-SUITE 100
NOBLESVILLE, IN 46060-4912

CAMCAR LLC
826 E MADISON ST
BELVIDERE, IL 61008-2899

CANON FINANCIAL
158 GAITHER DRIVE, SUITE 200
MT. LAUREL, NJ 08054-1716

CAPLUGS NIAGARA
PO BOX 104
BUFFALO, NY 14240-0104

CARPENTER TECHNOLOGY CORP
ATTN GREG CALAVRIA
101 WEST BERN ST
READING, PA 19601-1203

CARTRIDGE WORLD ROCKFORD
DEAN VITALE
6139 E STATE ST
ROCKFORD, IL 61108-2507

CDW CORPORATION
RECEIVABLE MANAGEMENT SERVICES
PO BOX 5126
TIMONIUM, MD 21094-5126

CENTER CAPITAL CORPORATION
DENNIS A DRESSLER ESQ
DRESSLER & PETERS LLC
111 W WASHINGTON ST STE 1900
CHICAGO, IL 60602-2713

CERTIFIED LABORATORIES
ACT #TO127366
601 MERRILL DR
BELVIDERE, IL 61008-3085

Charter Steel, a division of Charter Manufac
c/o Christopher Combest
Quarles & Brady LLP
500 W. Madison Street
Suite 3700
Chicago, IL 60661-4591

CHEESEMAN TRUCKING INC
2200 STATE ROUTE 119
FT RECOVERY, OH 45846-9713

CHEM PROCESSING INC
3910 LINDEN OAKS DR
ROCKFORD, IL 61109-5552

CHEM-PLATE INDUSTRIES INC
1800 TOUHY AVE
ELK GROVE VILLAGE, IL 60007-5314

CHICAGO HARDWARE & FIXTURE COMPANY
GREGG CARLEVATO
9100 PARKLANE AVE
FRANKLIN PARK, IL 60131-3054

CHIN JAAN SCREW INDUSTRIAL CO LTD
128 SHIN LIN ROAD
TIAO- TSU VALLEY YENCHAO
KAOHSIUNG HSIEN,  TAIWAN

CHRISTIANSEN INC
820 SEVENTH ST
ROCKFORD, IL 61104-1308

CHUN MEN INDUSTRIAL CO LTD
SAN-HU LO
NO 92 CHIA HSIN-TUNG ROAD
CHU WEI-LII
KANGSHAN
KAOHSIUNG HSIEN,   TAIWAN

CINCINNATI TOOL STEEL CO
5190 28TH AVE
ROCKFORD, IL 61109-1756

CITATION CORPORATION
MARC SOLOMON
BURR & FORMAN LLP
420 NORTH 20TH STREET
SUITE 3400
BIRMINGHAM, AL 35203

CITICAPITAL COMMERCIAL LEASING CORP
NOONAN & LIEBERMAN LTD
105 W ADAMS
STE 3000
CHICAGO, IL 60603-6228

CL SWANSON CORP
4501 FEMRITE DR
MADISON, WI 53716-4100

CLAS CARBIDE INC
BOB
957 S GLASPIE ST
OXFORD, MI 48371-5141

CLIFF SOPER CO INC
DAWN C OR TOM SLIGA
9958 NORTH ALPINE RD
STE 115
ROCKFORD, IL 61115-8271

COCHRANE COMPRESSOR CO.
4838 COLT RD
ROCKFORD, IL 61109-2612

CON-WAY FREIGHT
5555 RUFE SNOW DR
NORTH RICHLAND HILLS, TX 76180-6005

CONSUMABLE SUPPLIES LLC
ANDY DESERVIO
103 FOXHOLLOW DR
LANOKA HARBOR, NJ 08734-1612

CORPORATE SERVICES
208 KISHWAUKEE ST
ROCKFORD, IL 61104-2037

CPC LOGISTICS
JOHN T BICKEL SR
14528 SOUTH OUTER 40 RD
CHESTERFIELD, MO 63017-5743

CRUCIBLE STEEL CORP
BILL MILLER
1351 ENTERPRISE DR
REMEOVILLE, IL 60446-1015

DAHL, DARRYL A
DIE REPAIR A
2022 HAVAVIEW DR
ROCKFORD, IL 61101-9261

DAYTON FREIGHT LINES INC
PO BOX 340
VANDALIA, OH 45377-0340

DEBAERE, SUE A
CUSTOMER SERVICE REP
9429 BALDWIN DR
MACHESNEY PARK, IL 61115-1721

DELTA ENGINEERING CORP
25 EAST ST
WINCHESTER, MA 01890-1187

DISTRIBUTION DATA INC - FREIGHT
MIKE NOLL
16101 SNOW ROAD, SUITE 200
CLEVELAND, OH 44142-2817

DLP COATINGS
RACHEL G/BILL M
2301 EASTERN AVE
ELK GROVE VILLAGE, IL 60007-6814

DRURY, MICHAEL J
ORDER PULLER/PACKER/SORTER
213 VICTORY ST
ROCKFORD, IL 61101-5049

DUN & BRADSTREET
RECEIVABLE MANAGEMENT SERVICES
PO BOX 5126
TIMONIUM, MD 21094-5126

DUNN SAFETY PRODUCTS INC
CHIP CAIN
37 S SANGAMON ST
CHICAGO, IL 60607-2617

DURHAM MFG CO
COLLECTIONS
PO BOX 230
201 MAIN ST
DURHAM, CT 06422-2108

DYNAMIC METALS INTERNATIONAL
MARTIN D KIBBE
95 VALLEY ST
BRISTOL, CT 06010-4985

E/M COATING SERVICES
DIVISION OF METAL IMPROVEMENT
129 S EISENHOWER LANE
LOMBARD, IL 60148-5796

EDM SALES & SUPPLIES
ANDY DESERVIO SALES
965 BALI AVE
UNION, NJ 07083-8729

EDWARDS MEDICAL SUPPLY
ACC#R0300A/DAN GEISLER (VISA)
495 WOODCREEK DR
BOLINGBROOK, IL 60440-4914

ELECTRODES INC
W220 N1560 JERICHO CT
WAUKESHA, WI 53186-1100

ELECTROHONE TECHNOLOGIES
LANA
2215 TECH COURT
WOODSTOCK, IL 60098-9289

EMPIRE ABRASIVE EQUIPMENT
ATTN BARBARA THUM
2101 WEST CABOT BLVD
LANGHORNE, PA 19047-1893

EMS INDUSTRIAL INC
ANDREA - TROY - JOHN DELLEMAN
5417 FOREST HILLS CT
LOVES PARK, IL 61111-8318

ENGLEWOOD ELECTRIC SUPPLY
DAN MILLER
2869 EASTROCK DR
ROCKFORD, IL 61109-1735

ENGMAN-TAYLOR CO INC
PO BOX 15070
LOVES PARK, IL 61132 5070

Engman-Taylor Company
c/o Fred Johnson
7980 Burden Road
Machesney Park IL 61115-8203

ENTRE COMPUTER SOLUTIONS
8900 N 2ND ST
MACHESNEY PARK, IL 61115-2086

ERWIN DACH
1621 E STATE ST.
ROCKFORD, IL 61104-2449

EURO LEASING LLC
TOD WHITE
2501 LANDMEIER RD
ELK GROVE VILLAGE, IL 60007-2622

FAITHFUL ENGINEERING
3F NO1 LAND 270
PEI SHEN ROAD SEC 3
TEIPEI HSIEN, ROC, TAIWAN

FEDEX CUSTOMER INFORMATION SVCS
AS ASSIGNEE OF FEDEX EXP/FEDEX GRD
REVENUE RECOVERY/BANKRKUPTCY
2005 CORPORATE AVE., 2ND FL
MEMPHIS, TN 38132-1702

FERRELLGAS
ONE LIBERTY PLZ
MAIL DROP 40
LIBERTY, MO 64068-2970

FESTO CORP
STEFANIE
502 EARTH CITY PLAZA
SUITE 125
EARTH CITY, MO 63045-1315

FINE ARTS ENGRAVING CO
GIL FALGITANO
109 SHORE DR
BURR RIDGE, IL 60527-5818

FITZGERALD EQUIP CO
4650 BOEING DR
ROCKFORD, IL 61109-2996

FLORENCIO MENDOZA
3524 HARRISON AVE.
ROCKFORD, IL 61108-7509

GARY TRUEBLOOD
8747 BELVOIR DR
BELVIDERE, IL 61008-8706

GENERAL BINDING CORP
ONE GBC PLZ
NORTHBROOK, IL 60062-4195

GENERAL ELECTRIC CAPITAL CORPORATION
ALEX DARCY ESQ
ASKOUNIS & BORST PC
180 NORTH STETSON AVE
STE 3400
CHICAGO, IL 60601-6740

GEORGE HEINEN
P O BOX 736
DURAND, IL 61024-0736

Geraldine E Kilgore
1296 Brooke Rd
Rockford, IL 61109-1161

GLEASON CUTTING TOOLS
KIM EMERY
PO BOX 2951
1351 WINDSOR RD
LOVES PARK, IL 61111-4235

GRABBERT, KENNETH W
HT CONTINUOUS S/U OPRTR A
908 SHORT ST
LOVES PARK, IL 61111-4718

GRAPHIC SYSTEMS
MELISSA FRITH
W133 N5138 CAMPBELL DR
MENOMONEE FALLS, WI 53051-7030

GROVES & SIVERTS
RONALD D GROVES
4040 E MCDOWELL
STE 306
PHOENIX, AZ 85008-4447

HALINA BERNER
660 SOUTHGATE DR
DAVIS, IL 61019-9565

HANSEN SALES INC
RALPH C HANSEN
12 TWIN POND CIR
EXETER, NH 03833-4731

HARTFORD FIRE INSURANCE COMPANY
BANKRUPTCY UNIT T-1 55
HARTFORD PLAZA
HARTFORD, CT 6115

HEADER CRAFT CO
GARY FOSMEN PRESIDENT
20774 ORCHARD LAKE RD
FARMINGTON HILL, MI 48336-5221

HEARTLAND SALES AND SERVICES INC
JIM HAACK
2534 HICKORY RD
HOMEWOOD, IL 60430-1628

Heico 2004 Member Inc
3400 de Maisonneuve West Ste 1501
Montreal, Quebec, Canada H3Z 3B8
c/o Guy-Paul Massicotte

HEICO COMPANIES LLC THE
EULER HERMES ACI
AGENT OF DISTRIBUTOR SALES INTL
800 RED BROOK BLVD
OWINGS MILLS, MD 21117-5173

HENNEN & ASSOC
JOHN HENNEN
P O BOX 1449
QUINLAN, TX 75474-0025

HERBST, DAVID A
WELDER A
4947 TERRANG TRAIL
MACHESNEY PARK, IL 61115-2293

HEYCO PRODUCTS
PCF
PO BOX 517
TOMS RIVER, NJ 08754-0517

HI TEMP LLC
MICHAEL D LESIAK CFO
75 E LAKE ST
NORTHLAKE, IL 60164-2419

HI-PERFORMANCE FASTENING SYSTEMS
JOHN EMRICH
733 MAPLE LN
BENSENVILLE, IL 60106-1513

HIGH ENERGY CORP
PO BOX 308
LOWER VALLEY RD
PARKSBURG, PA 19365-0308

HOPE INDUSTRIES
3206 N CENTRAL AVE
ROCKFORD, IL 61101-1756

HORIZON DISTRIBUTORS INC
SHERRY KOEBLER
1890 CHRYSLER DR
BELVIDERE, IL 61008-6027

HOT SHOT EXPRESS INC
DBA STRAIGHT SHOT E
DENNIS DEFNET
800 KUEHN CT
NEENAH, WI 54956-1667

HULSEBUS CHIROPRACTIC
1877 DAIMLER RD
ROCKFORD, IL 61112-1005

I & C INSPECTIONS
KIM-OFFICE/CAMP-O/S
2229 23RD AVENUE
ROCKFORD, IL 61104-7334

IKO INTERNATIONAL INC
500 E THORNDALE AVE
WOODDALE, IL 60191-1267

IMPACT SALES
CRAIG HARRISON
1245 MILWAUKEE AVE, STE #300
GLENVIEW, IL 60025-2400

IMPRESSIONS MFG & CONSULTING
MIRELA TOPICI
4585 AMERICAN RD
ROCKFORD, IL 61109-2606

INDEPENDENT CAPITAL GROUP
TOD WHITE
2501 LANDMEIER RD
ELK GROVE VILLAGE, IL 60007-2622

INDUCTION COMPONENTS CORP
JERRY BONE
542 HILTON RD
FERNDALE, MI 48220-2536

Induction Heat Treating
c/o Tyler A. Moore
6833 Stalter Drive
Rockford, IL 61108-2579

INDUCTION SERVICES INC
24800 MOUND RD
WARREN, MI 48091-5334

INDUSTRIAL ENERGY APPLICATIONS INC
ATTN SUE WILKINSON
ALLIANT ENERGY CORP SVCS INC
200 FIRST ST
CEDAR RAPIDS, IA 52406-0351

INDUSTRIAL STEEL TREATING
613 CARROLL ST
JACKSON, MI 49202-3191

INFORM GRAPHICS
DENNY SMITH
7172 WIMBLEDON
MACHESNEY PARK, IL 61115-7628

INTEGRATED MACHINERY SYSTEMS
BETTY WALN
101 N PROSPECT AVE
ITASCA, IL 60143-1811

INTEGRYS ENERGY SERVICES INC
KOHNER MANN & KAILAS SC
WASHINGTON BULDING
BARNABAS BUSINESS CENTER
4650 N PORT WASHINGTON RD
MILWAUKEE, WI 53212-1078

IRCON INC
DICK BRESEN (SALES) HELEN (SVS)
7300 NORTH NATCHEZ AVE
NILES, IL 60714-4505

Iron Mountain Information Management, Inc.
Attn: R. Frederick Linfesty, Esq.
745 Atlantic Avenue, 10th Floor
Boston, MA 02111-2735

ISK INDUSTRIES
ROSS S CARPONELLI
CARPONELLI & KRUG
230 W MONROE ST
STE 250
CHICAGO, IL 60606-4711

ITW/SHAKEPROOF/ASSEMBLY COMPONENTS
DARLENE STANTON
PO BOX 75593
CHICAGO, IL 60675-5593

J&M PLATING
4500 KISHWAUKEE ST
ROCKFORD, IL 61109-2924

JAMES MOSELEY
1541 WESLOW CT
ANDERSON, IN 46011-3174

JAY TRONICS INC
124-128 N ROCKTON AVE
ROCKFORD, IL 61103-6644

JESSUP ENG INC
RICHARD BURROUS
2745 BOND ST
ROCHESTER HILLS, MI 48309-3513

JOEL ROSE
220 RIVERSIDE BLVD
LOVES PARK, IL 61111-4546

JOHN M DEAN INC
ROBERT MAIN JR
20 MECHANICS ST
BOX 924
PUTNAM, CT 06260-1315

JONES, JOHN REX
CNC HARLEM RD
5217 HARLEM RD
LOVES PARK, IL 61111-3429

JONESVILLE PAPER TUBE CORP
PO BOX 39
540 BECK STREET
JONESVILLE, MI 49250-9472

JP MORGAN
BRIAN C DONOHUE F S A
MAIL CODE IL1-0202
10 SOUTH DEARBORN
CHICAGO, IL 60603-2300

JUST IN TIME LLC
2210 HARRISON AVE
ROCKFORD, IL 61104-7347

JV TECHNOLOGIES
JEFF VARBLE
3329 CORNELIA AVE
ROCKFORD, IL 61102-4202

K&C SERVICES INC
DAVE CLARK OR JIM
5240 BELMONT RD
DOWNERS GROVE, IL 60515-4340

KADON SCREW MACHINE PRODUCTS
JEFF FRANKLIN PRES
3744 PUBLISHERS DR
ROCKFORD, IL 61109-6316

KALT MFG CO
JOE KALT
36700 SUGAR RIDGE RD
N RIDGEVILLE, OH 44039-3834

KANEBRIDGE CORP
MICHAEL SUTPHIN
153 BAUER DR
OAKLAND, NJ 07436-3103

KELLEY WILLIAMSON COMPANY
DEANA
1132 HARRISON AVE
ROCKFORD, IL 61104-7262

KENNEDY, GARY S
5721 PRAIRIE RD
ROCKFORD, IL 61102 4942

L & S LABEL PRINTING
DAVE ROLIARDI
1110 ARTHUR AVE
ROCKFORD, IL 61101-5840

LARRY BROWN
105 7TH AVE., APT. 7
ROCHELLE, IL 61068-2201

LIEBOVICH STEEL & ALUMINUM
2116 PRESTON ST
ROCKFORD, IL 61102-1897

M & M PALTECH INC
JOHN SWENBY
860 E JACKSON ST
BELVIDERE, IL 61008-2332

MAGGIO AUTO & TRUCK CENTER
4752 BAXTER RD
ROCKFORD, IL 61109-5252

MC MASTER CARR SUPPLY CO.
REMIT:
PO BOX 7691
CHICAGO, IL 60680-7691

MENASHA CORP
KIMBERLY HAWKINSON
1645 BERGSTROM RD
NEENAH, WI 54956-9701

MIDAMERICAN ENERGY COMPANY
ATTN RETAIL CUSTOMER SERVICE
PO BOX 8020
DAVENPORT, IA 52808-8020

MIDWEST FASTENER CORP
ANDY DEVRIES/ SUSAN MASON
9031 SHAVER RD
KALAMAZOO, MI 49024-6164

MIDWEST MAILWORKS INC
2136 12TH ST
ROCKFORD, IL 61104-7369

MIDWEST SCALE
1327 SEVENTH ST
ROCKFORD, IL 61104-4994

MILLSAP, ROGER W
7160 MILL RD
ROCKFORD, IL 61108-2632

MIYANO MACHINERY USA OMC
HENRY MARCHIONNE
940 N CENTRAL AVE
WOODDALE, IL 60191-1216

MORGAN O HARE INC
ROBERT GIOMI PRESIDENT
701-735 FACTORY ROAD
ADDISON, IL 60101-4308

MOTION INDUSTRIES
PO BOX 1477
BIRMINGHAM, AL 35201-1477

NAME PRIVATE /TRANSPORTATION STATION
7519 N SECOND ST
MACHESNEY PARK, IL 61115-2815

NATIONAL MACHINERY LLC
PO BOX 747
TIFFIN, OH 44883-0747

NATIONWIDE GAGE
RON STADE
CALIBRATION INC
159 COVINGTON DR
BLOOMINGDALE, IL 60108-3107

NELSON FIRE PROTECTION
TIMOTHY A MILLER
PO BOX 4749
ROCKFORD, IL 61110-4749

NEW UNISON CORPORATION
JANE
1601 WANDA
FERNDALE, MI 48220-2022

NEXUS OFFICE SYSTEMS INC
898 FEATHERSTONE ROAD
ROCKFORD, IL 61107-6300

NMHG FINANCIAL SERVICES INC
ALEX DARCY ESQ
ASKOUNIS & BORST PC
180 NORTH STETSON AVE
STE 3400
CHICAGO, IL 60601-6740

North Mill Equipment Finance LLC
50 Washington Street, 10th Floor
South Norwalk, CT 06854-2751

NORTH PARK RENTAL SVS INC
LINDA
9624 NORTH SECOND ST
ROCKFORD, IL 61115-1616

NORTHERN MECHANICAL INC
TIMOTHY A MILLER
PO BOX 4749
ROCKFORD, IL 61110-4749

OSG TAP & DIE INC
676 E FULLERTON AVE
GLENDALE HEIGHTS, IL 60139-2538

PATHWAYS EAP
MARY ANN NORWOOD DIRECTOR
6072 BRYNWOOD DR
STE 105
ROCKFORD, IL 61114-5829

PEARSON, RAYMOND L
TEAM LEADER (LBR GRP 9)
317 OAK STREET, BOX 393
STILLMAN VALLEY, IL 61084-8929

PENSION BENEFIT GUARANTY CORP
ATTN: OFFICE OF GENERAL COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION
ATTN ERIC FIELD
1200 K ST NW
WASHINGTON, DC 20005-4026

PEOPLES ENERGY SERVICES
CLAUDIA ZELINKA
CITICORP BUILDING, SUITE 3300
500 WEST MADISON STREET
CHICAGO, IL 60661-2606

PHERIGO, DOUGLAS
PROJECT ENGINEER
5250 TENBY CHASE
LOVES PARK, IL 61111-4335

PICTURE HANG SOLUTIONS
BILL STEINWAY
232 ORANGE GROVE ST
HILLSBOROUGH, NC 27278-2175

PORTEOUS FASTENER COMPANY
1040 WATSON CENTER RD
CARSON, CA 90745-4202

POSTAGE MACHINE FP MAILING SOL
MAILING EQUIPMENT SERVICES
2411 BROADWAY
ROCKFORD, IL 61108-5714

POSTAGE MACHINE-FP MAILING SOLUTIONS
MAILING EQUIPMENT SERVICES
2411 BROADWAY
ROCKFORD, IL 61108-5714

POWERS, JEREMY EDWARD
720 GRAND AVE
LOVES PARK, IL 61111-5119

POWERTECH
19426 68TH AVENUE SOUTH
KENT, WA 98032-1193

PRIME CORPORATE LEASING INC
BRADLEY T KOCH
800 N CHURCH STREET
ROCKFORD, IL 61103-6919

PROCESS GRAPHICS
TIM
4801 SHEPHARD TRAIL
ROCKFORD, IL 61103-1221

PRODUCT ACTION INTERNATIONAL
7998 CENTERPOINT DR
STE 800
INDIANAPOLIS, IN 46256-3342

| | | |
|---|---|---|
| PROGRESSIVE STEEL TREATING INC<br>922 LAWN DR<br>LOVES PARK, IL 61111-5192 | PROTECTION CONTROL INC<br>7317-T N LAWNDALE AVE<br>SKOKIE, IL 60076-4055 | QUALITY TOOLS<br>JEFF TOLEMAN<br>358 COUNTRY CLUB DR<br>BENSENVILLE, IL 60106-1506 |
| RALPH SCHMIDT<br>2109 E 39TH ST.<br>STERLING, IL 61081-9447 | RAY, ROSANNA L<br>SPRVSR, TOOLING SYSTEMS<br>5946 WINNEBAGO RD<br>PECATONICA, IL 61063-8714 | RAYNOR DOOR AUTHORITY<br>OF ROCKFORD INC<br>9450 FOREST HILLS RD<br>ROCKFORD, IL 61111-1943 |
| REED MACHINERY INC<br>10 A NEW BOND ST<br>WORCESTER, MA 01606-2651 | REGINA WILCOX<br>1013 IROQUOIS AVE.<br>ROCKFORD, IL 61102-4234 | REGIONAL ACCESS & MOBILIZATION<br>202 MARKET ST<br>ROCKFORD, IL 61107-3954 |
| REYNOLDS MACHINE TOOL<br>CHARLIE ENRIGHT<br>435 EASTERN AVE<br>BELLWOOD, IL 60104-1802 | ROCK RIVER WATER RECLAMATION<br>333 KISHWAUKEE ST<br>ROCKFORD, IL 61109-2021 | ROCKFORD AIR DEVICES<br>SCOTT<br>PO BOX 2497<br>ROCKFORD, IL 61132-2497 |
| ROCKFORD FORMS & GRAPHICS<br>8173 STARWOOD DR<br>ROCKFORD, IL 61111-5704 | ROCKFORD INDUSTRIAL WELDING<br>PO BOX 5404<br>4646 LINDEN RD<br>ROCKFORD, IL 61109-3300 | ROGER E ARNOLD AS EXECUTOR OF ESTATE<br>CHARLES ARNOLD DECEASED 3/4/07<br>3861 ROTARY RD<br>ROCKFORD, IL 61109-5067 |
| ROSE MARY DITOMASSI<br>4604 PEMBROOKE PLACE<br>ROCKFORD, IL 61108-7718 | ROSE TECH INDUSTRIES<br>KEITH PENNINGTON<br>5279 28TH AVE<br>ROCKFORD, IL 61109-1722 | ROSLER METAL FINISHING USA LLC<br>TERESA<br>1551 DENSO RD<br>BATTLE CREEK, MI 49037-7390 |
| ROYAL GROUP THE<br>ATTN SE JORDAN<br>1301 S 47TH AVE<br>CICERO, IL 60804-1598 | RYDER TRUCK RENTAL INC<br>ATTN JENNIFER MORRIS<br>6000 WINDWARD PKWY<br>ALPHARETTA, GA 30005-8882 | SANDRAY PRECISION GRIND<br>632 GRABLE<br>ROCKFORD, IL 61109-2004 |
| SHEARER, DENNIS<br>106 LINCOLN<br>DAVIS JUNCTION, IL 61020-9423 | SHEARER, JOANNE<br>106 LINCOLN<br>DAVIS JUNCTION, IL 61020-9423 | SIGNS NOW<br>TIM ANDERSON AP<br>700 20TH ST<br>ROCKFORD, IL 61104-3505 |
| SKRINSKI, RICK C<br>1439 FEATHERSTONE RD<br>ROCKFORD, IL 61107-2525 | SMITH, WILLIAM A<br>MAINTENANCE UTILITY<br>3908 TALLWOOD AVE<br>ROCKFORD, IL 61114-6045 | SPIDER CO INC<br>2340 11TH ST<br>ROCKFORD, IL 61104-7246 |
| ST PAUL FIRE & MARINE INSURANCE COMP &<br>ATTN SAL MARINO<br>ONE TOWERS SQ 5MN<br>HARTFORD, CT 06120-1034 | STANDARD REGISTER COMPANY<br>LILLIAN FLATT<br>600 ALBANY ST<br>DAYTON, OH 45417-3405 | STENSTROM EXCAVATION & BLACKTOP INC<br>ELIZABETH M GRONCKI<br>HARDYMAN & ASSOC LTD<br>202 W STATE ST<br>STE 400<br>ROCKFORD, IL 61101-1116 |

STERLING COMMERCE INC
4600 LAKEHURST CT
DUBLIN, OH 43016-2248

STERLING DIE INC
MARIANNA
OSG TAP & DIE
676 E FULLERTON AVE
GLENDALE HEIGHTS, IL 60139-2538

STINE, PATRICK J
TEAM LEADER (LBR GRP 7)
1333 GLEN FOREST DR
MACHESNEY, IL 61115-1129

STRAIGHT SHOT LOGISTICS
DENNIS DEFNET
800 KUEHN CT
NEENAH, WI 54956-1667

STRANG, FRED I
PLATING EQPMNT TCHNCN A
332 GILBERT TER
MACHESNEY PARK, IL 61115-2417

SUB SOURCE INC
TIMOTHY A MILLER
PO BOX 4749
ROCKFORD, IL 61110-4749

SWH PRECISION INDUSTRIES INC
89C CABOT COURT
HAAUPPAUGE, NY 11788-3719

TANNER INDUSTRIES
735 DAVISVILLE RD
3RD FL
SOUTHAMPTON, PA 18966-3277

TEST AMERICA LABORATORIES INC
ATTN MARSHA HEMMERICH
4101 SHUFFELL ST NW
NORTH CANTON, OH 44720-6900

TFT GLOBAL INC
PO BOX 272
TILLSONBURG, ON N4G 4H5, CANADA

The Rockford Co.
c/o Attorney Jeffrey L Lewis
2045 Aberdeen Court
Sycamore IL 60178-3140

TIMOTHY J ROLLINS, ATTORNEY
WILLIAMS & MCCARTHY
PO BOX 219
ROCKFORD, IL 61105-0219

TOOLAMATION INC
39452 N LEWIS AVE
ZION, IL 60099-3363

TREE CARE ENTERPRISES
ALEX LASCASAS
5563 KILBURN AVE
ROCKFORD, IL 61101-7259

TRIGO ENTERPRISES LTD
BEN YIN
904 TWO CHINACHEM EXCHANGE SQ
338 KINGS ROAD NORTH POINT
HONG KONG SAR, CHINA

TRU-CUT PRODUCTION INC
PHIL WHITEHEAD
PO BOX 631
211 WEST MAIN ST
WINNEBAGO, IL 61088-7722

TRUARC COMPANY LLC
125 BRONICO WAY
PHILLIPSBURG, NJ 08865-2778

TRY HOURS INC
PO BOX 8809
MAUMEE, OH 43537-8809

TUFLY, TERRY D
6309 BROWNS PKWY
LOVES PARK, IL 61111-4259

TYLER, FRED A
PARTS QUALIFIER A
325 PENNSYLVANIA AVE
LOVES PARK, IL 61111-4065

UNITED PARCEL SERVICE
RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 4396
TIMONIUM, MD 21094-4396

UNITED STATES PLASTIC CORP
1390 NEUBRECHT RD
LIMA, OH 45801-3196

UPS Supply Chain Solutions, Inc.
c/o Faye Feinstein/Christopher Combest
Quarles & Brady LLP
300 N. LaSalle St.
Suite 4000
Chicago, IL 60654-5427

US TRUSTEE
780 REGENT ST
#304
MADISON, WI 53715-2635

USA CARBIDE TOOLING
A TODD DARWIN ESQ
PO BOX 1897
HOLCOMBE BOMAR PA
SPARTANBURG, SC 29304-1897

USF HOLLAND
ATTN JOHN F KOSTELNIK ESQ
FRANTZ WARD LLP
2500 KEY CENTER
127 PUBLIC SQ
CLEVELAND, OH 44114-1217

VEOLIA ENVIRONMENTAL SVCS FKA ONYX
WASTE SVC
RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 5126
TIMONIUM, MD 21094-5126

VERA LINDQUIST
2832 19TH AVENUE
ROCKFORD, IL 61108-5842

VERIZON WIRELESS MIDWEST
PO BOX 3397
BLOOMINGTON, IL 61702-3397

VIRCHOW KRAUSE & COMPANY
BRAD W DENOYER PARTNER
PO BOX 7398
TEN TERRACE COURT
MADISON, WI 53718-2004

| | | |
|---|---|---|
| VOHNIE BAILEY<br>518 JACKSON ST., BOX 571<br>PECATONICA, IL 61063-9399 | WEBCO MACHINE TOOL<br>23485 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335-2855 | WEBER MARKING SYSTEMS<br>PO BOX 88007<br>CHICAGO, IL 60680-1007 |
| WESBELL<br>JOE COMEAU<br>1444 BELL MILL RD<br>UNIT 1<br>TILLSONBURG, ON N4G 4H8 CANADA | WHITAKER JR, ROBERT<br>S/U OPRTR ROLL THREAD-A<br>2316 CLOVER AVE<br>ROCKFORD, IL 61102-3412 | WHITAKER, JAMES E<br>S/U OPERATOR HEADERS A<br>827 LINCOLN AVE<br>ROCKFORD, IL 61102-3330 |
| WILLIAMS-MANNY INC<br>PO BOX 5466<br>ROCKFORD, IL 61125-0466 | WILSON, ALAN R<br>SR CRIB ATTENDANT-A<br>5877 WINDY KNOLL DR<br>ROCKFORD, IL 61111-6925 | WIRETECH INC<br>C/O HANK LAPCHAK CFO<br>6440 EAST CANNING ST<br>COMMERCE, CA 90040-3122 |
| WORKFLOW ONE<br>WILMER<br>PO BOX 1397<br>DAYTON, OH 45401-1397 | WW GRAINGER INC<br>7300 N MELVINA AVE M240<br>NILES, IL 60714-3998 | XL SCREW CORPORATION<br>195 SCHELTER RD<br>LINCOLNSHIRE, IL 60069-3654 |
| YELLOW TRANSPORTATION<br>ATTN JOHN F KOSTELNIK ESQ<br>FRANTZ WARD LLP<br>2500 KEY CENTER<br>127 PUBLIC SQ<br>CLEVELEND, OH 44114-1217 | | |